Donald J. DeGabrielle*
Federal I.D. No. 14429
Texas State Bar No. 24063659
Louisiana State Bar No. 04803
CHAFFE MCCALL, L.L.P.
801 Travis Street | Suite 1910
Houston, Texas 77002
Telephone:(713) 546-9800
Facsimile:  (713) 546-9806
E-mail:     degabrielle@chaffe.com

**ATTORNEYS FOR DEFENDANT**
**EDWARD SUSUMO AZANO HESTER**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| | * | |
| **VERSUS** | * | **Cr. No. 3:14-cr-00388** |
| | * | |
| | * | **JOINT MOTION TO AUTHORIZE** |
| **EDWARD SUSUMO AZANO** | * | **EDWARD SUSUMO AZANO** |
| **HESTER (5)** | * | **HESTER TO TRAVEL TO MEXICO** |
| | * | **AND TO AUTHORIZE PRETRIAL** |
| | * | **SERVICESTO RELEASE** |
| | * | **PASSPORT FOR TRAVEL** |
| *  *  *  *  *  *  * | | |

Defendant Edward Susumo Azano Hester and the United States of America, through its respective counsel, respectfully submit the following joint motion to authorize Mr. Azano to travel to Mexico on May 10, 2016 through May 12, 2016, and to authorize Pretrial Services to release Mr. Azano's passport for his travel. In support of this Motion, the parties represent that:

2683627-1

1. The Order and Conditions of Pretrial Release entered on February 20, 2014, restrict Mr. Azano's travel to the United States and prohibits him from entering Mexico.  Pursuant to the Order, Mr. Azano surrendered his passport to Pretrial Services.

2. Mr. Azano would like to travel to Mexico City, Mexico for business purposes on May 10, 2016 through May 12, 2016.

3. Mr. Azano respectfully requests that Pretrial Services in San Diego immediately release Mr. Azano's passport to Mr. Azano's counsel, Chaffe McCall, LLP, for further release to Mr. Azano.  Mr. Azano's counsel, Chaffe McCall, LLP, will be responsible for returning Mr. Azano's passport to Pretrial Services during the week of May 16, 2016.

4. Assistant U.S. Attorneys Andrew Schopler and Mark Pletcher are not opposed to Mr. Azano's request.

5. Acknowledgement of sureties:   Margarita Hester Azano (Trustee for Green Turtle Trust) is aware of this request and has no objection.

6. Pretrial Services is not opposed to Mr. Azano's request.

    For the foregoing reasons, the parties request that the Court enter an order authorizing Mr. Azano to travel to Mexico on May 10, 2016 through May 12, 2016, and further authorizing Pretrial Services to release Mr. Azano's passport for this travel.

Dated: May 3, 2016

        CHAFFE McCALL, L.L.P.

        */s/ Donald J. DeGabrielle*
        Donald J. DeGabrielle*

        **ATTORNEYS FOR DEFENDANT EDWARD SUSUMO AZANO HESTER**

*admitted Pro Hac Vice

        LAURA E. DUFFY
        United States Attorney

        */s/ Andrew G. Schopler*
        Andrew G. Schopler
        Mark W. Pletcher
        Assistant U.S. Attorney
        880 Front Street, Room 6293
        San Diego, CA 92101
        Telephone:  619-546-9714
        Facsimile:  619-546-0450
        Email:  andrew.schopler@usdoj.gov
                mark.pletcher@usdoj.gov

        **ATTORNEYS FOR THE UNITED STATES**

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

        */s/ Donald J. DeGabrielle*
        Donald J. DeGabrielle

2683627-1