BLAIR C. PEREZ
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515
ANDREW G. SCHOPLER, CASB# 236585
MARK W. PLETCHER, Colorado State Bar No. 034615
HELEN H. HONG, CASB# 235635
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8068/9714/6990
Email: helen.hong@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JOSE SUSUMO AZANO MATSURA (1),<br>    aka Mr. A.,<br>    aka Mr. Lambo,<br>EDWARD SUSUMO AZANO HESTER (5),<br>    aka Susu,<br>    aka Junior,<br><br>                Defendants. | Case No. 14CR0388-MMA<br><br>Date:   July 21, 2016<br>Time:  9:00 a.m.<br><br>**UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT AZANO'S AND HESTER'S MOTION TO DISQUALIFY AUSA SCHOPLER [354]** |

      Azano and Hester previously agreed that Assistant United States Attorney Andrew Schopler's selection as a United States Magistrate Judge posed no potential conflict in this case. But now, after Hester failed to obtain a severance and continuance of his case, they have lodged a last-ditch effort to secure a functional continuance of the trial anyway. But because the defendants' complaint relies on a presumption that has been roundly rejected by binding Ninth Circuit authority, their motion must be denied.

      The defendants' sole complaint is that a juror will ignore this court's instructions. As they identify the issue,

> While the Court may admonish the jurors not to Google or search social media about the lawyers who will perform before them for several weeks in a high-profile case, everyone involved must acknowledge that some or all will do just that. Despite everyone's best efforts, it is inevitable that the jurors will

> learn that Mr. Schopler will be a U.S. Magistrate and that he has been "chosen" to be elevated to that position.
>
> Susumo and Susu are convinced that in the minds of the jurors there will be two judges in the Courtroom, Judge Anello and Imminent-Judge Schopler.

Def. Mot. [354] at 3.  But the defendants ignore multiple safeguards that will ensure a fair and impartial jury.  First, voir dire will identify any jurors that know or know about AUSA Schopler, and confirm that only jurors who vow to be fair and impartial will be impaneled.  Second, one of the first preliminary instructions that this Court will deliver to the jurors will be the command that they "not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own."  Ninth Circuit Manual Jury Instruction 1.8—Conduct of the Jury (2010 ed.).  The jurors will be reminded of that admonition during the trial and before deliberations.  It is rudimentary that "[a] jury is presumed to follow its instructions." *Weeks v. Angelone*, 528 U.S. 225, 234 (2000) (citation omitted); see also *Richardson v. Marsh*, 481 U.S. 200, 206 (1987) (applying "the almost invariable assumption of the law that jurors follow their instructions"); *Fields v. Brown*, 503 F.3d 755, 782 (9th Cir. 2007) ("We presume that jurors follow the instructions.") (citations omitted).  Defendants ignore that presumption, instead invoking precisely the opposite of what the Supreme Court has long instructed.  Their motion should be denied.

DATED: July 26, 2016           Respectfully submitted,

BLAIR C. PEREZ
Attorney for the United States
Acting Under 28 U.S.C. § 515

/s/ *Helen H. Hong*
ANDREW G. SCHOPLER
MARK W. PLETCHER
HELEN H. HONG
Assistant U.S. Attorneys

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 14CR0388-MMA |
|---|---|
| v. | |
| JOSE SUSUMO AZANO MATSURA (1),<br>    aka Mr. A.,<br>    aka Mr. Lambo,<br>EDWARD SUSUMO AZANO HESTER (5),<br>    aka Susu,<br>    aka Junior,<br><br>        Defendants. | **CERTIFICATE OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

- ■ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

- ☐ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

- ☐ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on July 26, 2016.

/s/ *Helen H. Hong*
HELEN H. HONG
Assistant U.S. Attorney

3