1

2                  IN THE UNITED STATES DISTRICT COURT

3              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

4            HONORABLE MICHAEL M. ANELLO, DISTRICT JUDGE

5

6      _____
                                       )
7      UNITED STATES OF AMERICA,       )
                                       )  CASE NO. 14 CR 0388-MMA
8                     PLAINTIFF,       )
                                       )
9                        vs.           )
                                       )
10     JOSE SUSUMO AZANO MATSURA (1))
       RAVNEET SINGH (2),             )
11     MARCO POLO CORTES (4),         )
       EDWARD S. AZANO-HESTER, (5)  )  JURY TRIAL
12                                    )
                      DEFENDANTS.     )  OPENING STATEMENTS
13     _____)

14

15          REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

16                      JULY 27, 2016,

17                    WEDNESDAY, 9:00 AM

18

19

20

21

22

23          (APPEARANCES ON THE FOLLOWING PAGE)

24

25

```
1    APPEARANCES:

2
     FOR THE PLAINTIFF:          BLAIR C. PEREZ
3                                UNITED STATES ATTORNEY
                                 Acting under 28 U.S.C. section 515
4                                BY:  Andrew G. Schopler
                                 Helen H. Hong
5                                Mark W. Pletcher
                                 Billy Joe McLain
6                                ASSISTANT US ATTORNEYS
                                 880 FRONT STREET
7                                SAN DIEGO, CA 92101

8
     FOR DEFENDANT AZANO:        Michael J. Wynne
9                                ATTORNEY AT LAW
                                 McDermott, Will & Emery
10                               8000 Louisiana Street
                                 Suite 3900
11                               Houston, TX 77002

12
     FOR DEFENDANT SINGH:        Michael L. Lipman
13                               Karen Lehman Alexander
                                 ATTORNEYS AT LAW
14                               Duane Morris, LLP
                                 750 B Street,
15                               Suite 2900
                                 SAN DIEGO, CA  92101
16

17   FOR DEFENDANT CORTES:       Nancy Bryn Rosenfeld
                                 ATTORNEY AT LAW
18                               Law Office of Nancy Bryn Rosenfeld
                                 444 West C Street
19                               Suite 210
                                 San Diego, CA  92101
20

21   FOR DEFENDANT HESTER:       John Kinchen
                                 ATTORNEY AT LAW
22                               Hughes, Arrell and Kinchen
                                 1221 McKinney
23                               Suite 3150
                                 Houston, TX  77010
24

25
```

```
 1    SAN DIEGO, CALIFORNIA, JULY 27, 2016, WEDNESDAY, 9:00 AM

 2                        (PARTIAL TRANSCRIPT)

 3           (HEARING OUT OF THE JURY'S PRESENCE OMITTED)

 4                        (Brief recess taken)

 5           THE CLERK:  Please remain seated.  Come to order.

 6    This court is once again in session.

 7           THE COURT:  All right.  Good morning again, folks.

 8    I understand all of our jurors are here and we're about to

 9    bring them in.  Okay to bring them in?

10           The record can reflect all of our jurors are back, all

11    counsel and the parties are present, the defendants are

12    present.

13           A word for the jury, did you notice when you came in

14    everybody stood up?  Do you know why that is?  It's a mark

15    of respect for the jury for the important role you play in

16    our justice system.  Sometimes jurors ask me how come

17    everybody stands up when we leave.  Same thing.  Everybody

18    will stand.  That's the reason.

19           If you come in at some point and we don't stand up,

20    you will know we're mad at you.  Just kidding.

21           I know there is a problem with one of our jurors in

22    traffic and that's understandable, but thank you for keeping

23    the Court advised.  We know things like that happen.  As

24    long as we keep each other advised, we can tell the lawyers.

25    Thank you for that.
```

1        Let me tell you where we are.  I think we talked a

2   little bit about that yesterday.  By the way, I know

3   the acoustics are not great.  I think one or two of the

4   jurors expressed a little difficulty in hearing.  I am going

5   to try to stay close to my microphone.  If all the lawyers

6   keep that in mind also.  Hopefully, we can solve that

7   problem.

8        Where we are is we're about to start the trial proper.

9   We start out with the opportunity of lawyers to give opening

10  statements.  I think we talked about that briefly yesterday.

11  This is the opportunity for the lawyers to, in essence, to

12  tell you what they think the evidence is going to be.  Give

13  you sort of a preview or road map.  It's not evidence

14  itself.  The lawyers are not witnesses.  They tell you what

15  they think the evidence is going to be.

16       It's not the time to argue the case.  We know that

17  comes later.  We'll just kind of preview the evidence now.

18  We do the opening statements in a prescribed order.  The

19  government counsel gives opening first and defense counsel

20  gives opening statement, if they choose to do so.

21       Nobody has to give an opening statement, one or more

22  of the defense counsel may wish to reserve opening until

23  later.  We offer them the opportunity now to see how we do.

24  I don't like to put any strict time limits.  It's an

25  important part of the trial, but we have a general

 1   understanding from discussing it, how long we're going take.

 2        In an ideal world, I'd like you to hear from everybody

 3   before we take a break, so everybody is on the same page.  I

 4   don't know if that's possible to monitor the time.  It looks

 5   like its going to take about two hours total.  Again, I am

 6   not putting any strict limits.  We'll see how it goes.  If

 7   we can get it all the way through, it would be nice but if

 8   not, then we'll deal with it.

 9        That's where we are now.  We're going to start out

10   with government counsel first.  Whoever is going to speak

11   for the government now has the floor.  Mr. Schopler?

12             **Andrew Schopler's Opening Statement**

13        MR. SCHOPLER:  Six hundred thousand dollars, of

14    his money, but in someone else's name.  Six hundred

15    thousand dollars of his money, but always in someone else's

16    name.

17        The United States will prove that defendant, Jose

18   Susumo Azano secretly and illegally funneled almost six

19   hundred thousand dollars in the San Diego political

20   campaigns.  We will prove that every cent of that was his

21   money, but it was always in someone else's name.

22        The United States will also prove that the defendant

23   is a Mexican citizen and a reputed billionaire who had

24   ambitious business plans for San Diego.  The evidence will

25   show that he wanted to change San Diego to make it more like

1    Miami, a city that he thought had class and style.

2           He called this business venture "Miami West".

3    Remaking San Diego's undeveloped bay front in Miami's image.

4    The Miami West business plan came complete with a yacht

5    marina, a five star hotel and luxury bayside condominiums.

6    It was projected to be a one billion-dollar project.  And as

7    the project developer, the United States will prove that

8    the defendant stood to make a significant profit.

9           The hitch was, as witnesses will testify from this

10   stand, that the defendant thought San Diego was being held

11   back by what he called quote "trailer park losers" who had a

12   quote "small town mentality".

13          The evidence will show the defendant said he needed a

14   new man to help him cut through the red tape, grease

15   the wheels, make it work.  That he needed someone in the

16   mayor's office.  More than that, he needed the man.

17          But he had a couple problems.  Here is his first

18   problem.  It is a fundamental law of American elections that

19   foreign nationals cannot influence the political process.

20   It is illegal for foreign nationals to contribute in any way

21   to United States elections.

22          The defendant is a foreign national.  That means he's

23   not a United States citizen and he doesn't have a green

24   card.  He is here on a temporary visa and without a United

25   States citizenship or a green card, he could not contribute

1    one dime to the election.  Not one dime ladies and

2    gentlemen.  Not legally, anyway.

3        Here is his second problem.  It was illegal to

4    contribute more than $500 to a candidate's political

5    campaign.  Five hundred dollars was the maximum any

6    individual could contribute to a campaign and the United

7    States will prove that $500 wasn't going to buy any

8    political influence.

9        That $500 contribution limit was plastered on every

10   flyer, every website and every envelope that you ever had to

11   fill out to send in money to a campaign and everyone,

12   absolutely everyone involved in campaigns knew it.

13   Especially the defendant.

14       The way that the defendant got around these laws we

15   will prove is by devising, evolving an increasingly

16   sophisticated ways of hiding the fact that he was the true

17   source of those campaign donations.  All of his plans had

18   one thing in common.  It was always his money, but somebody

19   else's name.

20       He became the single largest contributor during the

21   San Diego mayors race.  Not only to republic Bonnie Dumanis

22   but also to her rival, democrat Bob Filner.  In fact, he

23   contributed over 25 percent of all the contributions that

24   went in support of Bonnie Dumanis.  That includes everybody

25   in San Diego, everyone in the State of California.  Everyone

1    in the entire United States over 25 percent from one Mexican

2    billionaire.

3        And the United States will show that as a result,

4    the defendant had politicians at his beckon call.  When he

5    wanted to give presentations on his Miami West business

6    plan, he never went to politicians.  They came to him.  They

7    met at his Coronado Cays mansion.

8        When he needed a favor for his son, defendant Edward

9    Susumo Azano Hester who goes by Susu, they jumped.  His son

10   we will prove, had at best, a checkered academic history

11   with some estimates as bad as all F's all the way up to

12   fairly decent grades and when he wanted to apply to

13   the University of San Diego, his father, the defendant,

14   collected glowing letters of recommendation from State

15   Senator Juan Vargas, later a U.S. Congressman, District

16   Attorney Bonnie Dumanis and Mayor Bob Filner.  All

17   candidates he had financially supported.  And guess what?

18   His son was admitted into the University of San Diego.

19       Now the defendant is charged with illegally making

20   campaign donations as a foreign national, with illegally

21   making campaign donations in someone else's name that is

22   using others to make campaign donations for him.  For

23   causing the campaigns to file public reports that falsely

24   omitted the fact he was a donor and for conspiring with all

25   the other defendants to commit these crimes.

1          And make no mistake about it, ladies and gentlemen,

2     since the defendant could not contribute directly, needed

3     all the defendants here in order to commit those crimes.

4          He needed defendant Ravneet Singh, the self proclaimed

5     campaign guru, who we will prove he went under the table to

6     do illegal campaign contributions.  He needed defendant

7     Marcos Polo Cortes, the paid political operative, who knew

8     all the rules and he needed defendant Edward Susumo Azano

9     Hester, who went by Susu.  His son, who he recruited to help

10    with crimes and who stood with him.

11         But more than that, he also needed the help of several

12    co conspirators who are not on trial today.  You are going

13    to hear about, for example, Marc Chase.  Marc Chase was the

14    owner of Symbolic Motors and defendant Azano was his best

15    friend and best customer, buying over 10 million dollars

16    worth of luxury cars, including one two point six million

17    dollar Bugatti.  At one point, the defendant gave him a

18    three million-dollar loan.  Marc Chase ultimately agreed to

19    lander almost two million dollars of the defendants money

20    injected into San Diego elections, putting it under his

21    name, under the name of his company, under the name of his

22    employees.  Marc Chase has already admitted his guilt.

23         You are also going to hear about co-conspirator Ernie

24    Encinas, a former police detective, owner of a security

25    company and the head of a defendant's round-the-clock

1   security detail.  Ernie Encinas was more than willing to

2   help defendant Azano with his plan to get a new mayor

3   because he was hoping that mayor would install a new police

4   chief who would be more sympathetic to the night clubs that

5   his security company serviced.

6        Ladies and gentlemen, let's talk now about how

7   this crime unfolded and the roles that each of these

8   defendants and the co conspirators played in.

9        This crime started in the backdrop of the 2012 San

10  Diego mayors race and specifically leading up to a crucial

11  fund raising reporting deadline on New Years Eve 2011.

12       On December 31st, 2011, all the campaigns had

13  to report how much money they had raised.  And you will

14  learn that money is the life blood of a political campaign.

15  Campaigns that don't have it, whither and die.  But money

16  can salvage even the most uninspiring political candidates.

17  All of the campaigns had to report how much money they

18  raised.  Ones doing well would get additional backing and

19  sponsorships, endorsements.  The ones that did not might

20  never recover.

21       Bonnie Dumanis went to defendant Azano's mansion in

22  Coronado Cays on December 19, 2011, less than two weeks

23  before that reporting deadline seeking crucial financial

24  support from him.  During a meeting at the defendant's

25  mansion, he explained how he wanted to make San Diego more

1  like Miami.  He found that Ms. Dumanis was a receptive
2  audience.
3       We will prove that he later got word to her campaign
4  that he was willing to raise $100,000 for her before that
5  reporting deadline.  This led to the first plan to evade
6  the election laws.
7       Since the defendant knew he could not contribute
8  directly to the Dumanis campaign, he decided that he was
9  going to give cash to other people and have them write
10 checks to the Dumanis campaign.  That way it would be his
11 money, but the checks would be in their name.  The problem
12 was, since there was a $500 contribution limit, he was going
13 to have to recruit hundreds of straw donors in order to make
14 a hundred thousand dollars to the Dumanis campaign.
15       So he turned to family, friends and employees.
16 Trusted family friends and employees to recruit those straw
17 donors for him.  And this term, "straw donors" you're going
18 to hear this during the trial.  They're called straw donors,
19 sham donors, fake donors, pass-through donors.  It doesn't
20 matter what you call them.  They're not people who really
21 want to contribute to a campaign.  They're just there to get
22 the defendant's money to the campaign since he can't
23 contribute himself.
24       One of the people they turned to recruit straw donors
25 for him was Marc Chase.  The owner of symbolic motors.  Now

1    Marc Chase hated politics.  As of 2011, he had never even

2    voted but he felt indebted to the defendant and he agreed to

3    help out.  He took $10,000 of the defendant's money and he

4    distributed it among his employees, his friends and his

5    family and got them to act as straw donors, each one writing

6    checks for $500 to the Dumanis campaign and being reimbursed

7    by him for $500 in cash.

8         He also turned to his own employees.  He asked his

9    personal secretary to reimburse his accountant and her wife

10   for writing in exchange for checks to the Dumanis campaign.

11   You are going to hear the testimony, for example, about an

12   accountant, that he didn't want to refuse his boss.

13        He also turned to family.  He asked the defendant Susu

14   Azano Hester, his son, to recruit straw donors.  It's very

15   important to realize, ladies and gentlemen, as he's

16   recruiting employees, friends, family members, everyone

17   writing $500 checks to the Dumanis campaign, he gets his

18   U.S. citizen son to write a check.  He gets his U.S. citizen

19   wife to write a check.  The one person who never wrote a

20   check was defendant Azano.  Because he knew he wasn't

21   allowed to write a check.

22        Defendant Susu Hester, in turn, asked family employee

23   Jason Wolter to help him recruit straw downers.  Now

24   Jason Wolter was also working for the defendant.  He had

25   hired him to come work at his mansion, initially on Real

1   Estate projects and ultimately as the sort of family

2   servant.  Jason Wolter was paid well by the defendant and he

3   got others benefits.  He got to travel around in the United

4   States and around the world with the Azano family in private

5   jets.  He got to stray for fee in the poshest resorts in

6   Europe.  So he gladly agreed to help recruit straw donors.

7   He ended up sending an email to several close friends which

8   said, "guys, I need to get a $500 check from you to help

9   Susu and his mother support the soon-to-be San Diego Mayor

10   Bonnie Dumanis.  We will give you the cash right away so you

11   won't lose any money.

12       Ladies and gentlemen, he's recruiting straw donors.

13   Not people who are actually supporting Bonnie Dumanis,

14   people who are willing to use Azano's money to put the

15   donation in their name.  After sending this email and

16   recruiting other straw donors, Jason Wolter and Susu Hester

17   got in a Bentley with a bank bag full of cash and they drove

18   around giving checks from the straw donors and taking the

19   cash out of the bag, handing them back in cash.

20       After a week of all this effort, collecting straw

21   donors from Marc Chase, employees Susu and Jason Wolter,

22   defendant Azano had only raised about $15,000 for

23   the Dumanis campaign.  All of those checks were collected

24   and brought back to the defendant's mansion and a campaign

25   worker from the Dumanis campaign was summoned to come

1    collect the checks so that defendant Azano would get credit

2    for having recruited all those donors.

3         He was not able to make a hundred thousand dollars by

4    that reporting deadline.  But he was still committed to

5    raising significant money for Bonnie Dumanis.

6         The next plan he came up with for injecting money into

7    the San Diego race involved what's known as a SuperPAC for

8    political action committee.  Now a SuperPAC is an

9    independent organization that can lobby for a candidate, but

10   it is independent and unaffiliated with that candidate.  In

11   fact, it's not allowed to communicate or coordinate with a

12   candidates campaign.  The advantage of a SuperPAC though is

13   that although foreign nationals are still not allowed to

14   contribute to SuperPACs, U.S. citizens can give as much

15   money as they want to SuperPACs.  They do not have that $500

16   maximum contribution fund.

17        So if the defendant could merely find a straw donor to

18   give a hundred thousand dollars to the SuperPAC, it would

19   look like a legal transaction.  That turned out to be a big

20   problem however.

21        It took months and months and months to find a

22   SuperPAC that was willing to take his money and ultimately,

23   he had to find someone to set up his own.  The first person

24   that they go to was Robert Hickey, who ran a SuperPAC

25   related to the Deputy District Attorneys.  He thought this

1    whole thing sounded shaky.  They ended up rejecting the

2    offer to take the money saying that defendant Azano wasn't

3    associated with the District Attorneys association.

4        Next they went to a political consultant John Wainio.

5    John Wainio decided to investigate this offer.  He actually

6    made a phone call to Bonnie Dumanis and he asked her

7    straight out, does Mr. Azano have a green card?  All he got

8    was silence.  A long uncomfortable silence when he asked her

9    whether he had a green card.  That was all he needed to

10   hear, ladies and gentlemen.  He decided, in his words, that

11   money had hair on it.  It was toxic and it was time for him

12   to go run.  He refused to help set up the SuperPAC.

13       The third person the defendant sought out was

14   defendant Ravneet Singh.  You are going to hear that

15   defendant Singh was all too willing to

16   perform illegal campaign work for the defendant, which was

17   off the books and very hard to trace.

18       The defendant wired him $100,000 to set up a SuperPAC

19   for him.  But Mr. Singh was very slow about setting up that

20   SuperPAC and ultimately defendant had to turn elsewhere.

21   After months and months of trying to get the SuperPAC in

22   action, his intermediaries finally found Kevin Spillane, who

23   is a political consultant based out of Sacramento and unlike

24   the other three people, he didn't know anything about

25   defendant Azano.

1          He agreed to set up the SuperPAC with the promise that

2     someone called "The Billionaire" would be giving him a check

3     for at least a hundred thousand dollars.

4          Now he was very surprised when he ultimately did get a

5     check for a hundred thousand dollars, but it wasn't from an

6     individual.  It was from a corporation with the strange name

7     of Airsam N492RM, LLC, a Corporation named after the tail

8     number of one of the defendant's private jets.

9          But the defendant had done was inject money into

10    Airsam using it as a Shell Corporation to then divert

11    the hundred thousand dollars to the SuperPAC set up by Kevin

12    Spillane.  Kevin Spillane took that money and started

13    doing advertising for Bonnie Dumanis.  The problem was

14    the press looked into it because the donation was so large

15    they traced the money back to defendant Azano.

16         Not long after he got that money, the press contacted

17    Kevin Spillane, the head of that super Pac to ask him about

18    Mr. Azano.  The press didn't find out he was here on

19    a temporary visa and Kevin Spillane didn't know it either

20    but it focused unwanted attention on his citizenship and

21    immigration status.  And he decided never again was he going

22    to be using a corporation that was so closely tied to

23    himself.

24         Many of the witnesses who testify before you will talk

25    about reading that article and that it is well known in the

1    campaign world.

2         The third way that the defendant injected illegal

3    campaign funds into the San Diego political race for mayor

4    was by using what is known as in-kind contributions.  Now

5    that is a term that you are going to hear several of

6    the witnesses say.  It's very simple, ladies and gentlemen.

7    An in-kind contribution is any campaign contribution that is

8    not money.  Just as the defendant couldn't give the Dumanis

9    campaign $10,000 in cash for money, he also couldn't pay for

10   $10,000 worth of work to be done for the campaign.  And just

11   as a campaign has to account for and publicly report any

12   money it receives, it also has to publicly report any goods

13   or services it receives.

14        The in-kind contribution plan involved defendant

15   Ravneet Singh who is the CEO of ElectionMall.  ElectionMall

16   is a company that works with campaigns around the United

17   States and around the entire world.  Defendant Singh markets

18   himself as the campaign guru and the sort of work his

19   company does has to do with the Internet and social media.

20   He helps campaigns with their twitter accounts, with their

21   Facebook accounts, with their websites, with their

22   Internet presence, on line.  Everything having to do with

23   the Internet and on-line services.

24        Now here is the way that an in-kind contribution is

25   supposed to work when its done legally.  A company like

1    ElectionMall does work for a campaign.  Helps them set up

2    their website.  What else?  They send an invoice to the

3    campaign and the campaign pays it.  When the campaign pays

4    it, they send out a public report stating exactly the work

5    that they did for him.  That's the way it's supposed to work

6    and that's the way the defendant Singh did it hundreds and

7    hundreds of times before with ElectionMall, with campaigns

8    in the United States.

9        The problem was the Dumanis campaign couldn't afford

10   his services, but defendant Azano could.  So the defendant

11   Singh did something he had not done ever before with United

12   States campaigns.  He did something different.  Instead of

13   billing the campaign, he billed Mr. Azano.  But it's worse

14   than that.  Ladies and gentlemen, here is the first invoice

15   that was generated to the Bonnie Dumanis campaign.  You can

16   see that it's sent from an address which is Electionmall's

17   address.  It's a Washington D.C. based company.

18       All of their invoices have that address on it.  But

19   all of the their invoices also say ElectionMall on top.

20   This one doesn't.  It says, E Solutions R and D Lab.  Ladies

21   and gentlemen that is an Indian company that does software

22   research and development.  Not campaign work, software

23   research and development.  Its not billed to the campaign.

24   It's billed to a company Broadlink based out of Mexico.

25   That company, we'll prove is owned by defendant Azano.

1     Just to recap, for work that defendant Singh did for

2  the Bonnie Dumanis campaign here in San Diego.  He used an

3  Indian company to build a Mexican company, all so that no

4  one would find out what's going on.  If you look at the rest

5  of this invoice, you will see there is nothing on the

6  invoice that would indicate it is for the Bonnie Dumanis

7  campaign.  No one looking at that invoice would know.  That

8  the $75,000 he was billing was for work on the Bonnie

9  Dumanis campaign.

10     But that was not enough for Mr. Singh.  He also made

11  sure that his own employees at ElectionMall and even the

12  employees for defendant Azano didn't discuss what was going

13  on, on the Bonnie Dumanis campaign.  Even in internal emails

14  they used code words for everything.

15     What they didn't realize was that years later, the FBI

16  would seize those internal emails and what they went through

17  the emails it turned out that one of the ElectionMall

18  employees had messed up.  The FBI ended up seizing several

19  emails from ElectionMall.  And in one of those dated

20  February 26, 2012, an ElectionMall employee attached that

21  same invoice that I just showed you for $75,000.  And in the

22  email said that that second invoice is for Bonnie.  She used

23  the name Bonnie in it.  Everything else is in code.

24     She said, PS, I am CC-ing Mr. Lamborghini's which is a

25  code word that they used for defendant Azano, since he liked

1   to drive Lamborghinis and sure enough in the CC line is

2   defendant Azano's email address.

3       Later, another email was sent by ElectionMall employee

4   related to defendant Singh's social media world for the

5   Dumanis campaign.  And she listed out a number of invoices

6   or invoices and payments for Broadlink, the Mexican company

7   owned by defendant Azano including one project labeled Betty

8   Boo.  That was a code name for the Dumanis campaign work.

9       Defendant Singh received this email and very quickly

10  responded with a one sentence reply.  This subject cannot be

11  emailed.  This subject cannot be emailed, ladies and

12  gentlemen.

13      Even when corresponding with his co conspirators,

14  defendant Singh ensured absolute secrecy.  Toward the end of

15  the campaign, right after the campaign that he received

16  the email from Ernie Encinas, defendant Azano's head of

17  security, and he was writing him about the social media work

18  he had done for the Dumanis campaign and the $100,000 that

19  the defendant Azano had wired him to set up the SuperPAC.

20      In that email he said Mr. Azano was quote, "upset

21  about the money he had sent you to form a pac and do it

22  through social media.  He said since no pac was formed, he

23  wants that money back.  Now defendant Singh didn't want

24  the fact than his social media work for the Dumanis

25  campaign, which was illegal since they were never invoiced

1    or the fact he was supposed so to set up a SuperPAC for a
2    foreign national who is not allowed to contribute to
3    SuperPACs in a written email.  Because he knew the rules.
4    He does campaign work every day and he knows the right way
5    to do it.
6         His response to that email the same day was, I am not
7    responding to this email because of the legal ramifications.
8    Because of the legal ramifications, ladies and gentlemen.
9         Obviously, the work that defendant Singh did for
10   the Dumanis campaign never generated a public forum for
11   the Dumanis campaign because they were never released.  It
12   was paid entirely by defendant Azano.
13        Now despite what we will prove was hundreds of
14   thousands of dollars of illegal campaign contributions,
15   Bonnie Dumanis ended up losing the 2012 primary as mayor.
16   In fact, she finished a distant fourth.
17        The defendant Azano didn't give up.  He merely
18   switched horses.  He was willing to switch horses
19   from Republican Bonnie Dumanis to Democrat Bob Filner and
20   that's a democratic politician as long as that democratic
21   politician is willing to back Miami West.
22        So just like Bonnie Dumanis before, Bob Filner went
23   believe to Azano's mansion and had lunch with Mr. Azano and
24   again Mr. Azano found somebody who was a receptive
25   audience for his Miami West proposition.

1    So he decided to give his full support to Bob Filner.

2    But he learned his lessons from the Dumanis campaign.  The

3    straw donor plan had not raised nearly enough money and it

4    was too hard to recruit donors.  Funding the SuperPAC with

5    his own Mexican, with his own company or shell corporation

6    that is easily tied back to him, generated unwanted press

7    attention.  But the you illegal campaign work that he had

8    done with defendant Singh had not been detected and it

9    worked perfectly.

10   So he decided to do it again for Bob Filner.  But this

11   time instead of tens of thousands of dollars in social media

12   work, they did hundreds of thousands of dollars and this

13   time the scheme got even more brazen.  Defendant Singh ended

14   up not simply working off site on their web site and things

15   like that.

16   He moved his team into Bob Filner's campaign

17   headquarters.  They took over a conference room in the back

18   of the headquarters and called it their war room.  Defendant

19   Singh was working there with at least two other employees.

20   This was too much for the campaign workers involved in Bob

21   Filner's campaign to ignore.  At some point, the campaign

22   manager Ed Clancy, came to defendant to ask, hey, how much

23   is this going to cost because he knew that Bob Filner didn't

24   quite have the money to afford very expensive social media

25   campaign.  Defendant Singh said to him, "don't worry.  It's

1   taken care of."

2        Ed Clancy was not satisfied.  He asked him again,

3   "seriously, how much is this going to cost us?  Defendant

4   Singh again says, "Don't worry.  It's taken care of."  At

5   that moment we will prove that Ed Clancy's heart sank

6   because he realized that someone was paying for illegal

7   in-kind contributions for the Filner campaign and in what

8   was not his finest moment, he looked the other way.

9        But when the FBI confronted him, he agreed to

10  cooperate and wear a wire recording conversations

11  with co-defendants and co conspirators in this case.

12       One of the people that he did record conversations

13  with is defendant Marco Polo Cortes.  Defendant Cortes is a

14  registered lobbyist, registered fund raiser and was once a

15  candidate for city counsel.  Importantly, he was also on Bob

16  Filner's finance committee.  So he was supporting Bob

17  Filner's run for mayor and he agreed to help defendant Azano

18  find a home for his money in the Filner campaign.

19       He was good friends with Ernie Encinas.  So they

20  together started plotting ways to get the money into

21  the Filner campaign.  He was aware of the in-kind

22  contributions that defendant Singh was doing in the campaign

23  offices.  He had been to the campaign offices and seen them

24  doing work so when Ed Clancy wore that wire, he went into

25  a meeting and went to ask him about those campaign, those

1    in-kind contributions.

2          And during that recorded conversation, Ed Clancy said,

3    "what we did with Ravi, Ravneet Singh, what we did with

4    Ravneet.  Who paid him?  I never saw an invoice.  Defendant

5    Cortes responded, third party.  We'll leave it at that.

6    Third party.  We'll leave it at that.

7          Ladies and gentlemen, he knew that the Filner campaign

8    was receiving services that were being paid not by the

9    Filner campaign, but by a third party.  And he knew that

10   third party was defendant Azano because he was involved in

11   the meetings with defendant Azano, with Marc Chase, with

12   Ernie Encinas, where they plotted it out.

13         Another way that they decided to get defendant Azano's

14   money to the Filner campaign was to try to get it to certain

15   political party campaigns, as well as a SuperPAC.  They

16   wanted to contribute the money to the San Diego county

17   Democratic Party and they also wanted to get some money to

18   what is known as the D, triple C, the democratic

19   congressional campaign committee.

20         Marco polo cortez was the point of contact for that.

21   In the early course of a month, he received repeated

22   reminders and emails from those organizations about the

23   prohibition on foreign national contributing to United

24   States elections.  One of the many forms he received was

25   this, from the San Diego County Democratic Party, which

1    said, "contributions from foreign nationals are prohibited."

2    Each time he received a form like this, he forwarded it to

3    Ernie Encinas and said something like, "let's discuss."

4        And ladies and gentlemen, they did discuss and discuss

5    and discuss how they were going to get that money to those

6    organizations.

7        This eventually met to a final meet in defendant

8    Azano's kitchen.  It was with him, Marc Chase and Ernie

9    Encinas.  They decided they were going the use Marc Chase to

10   be the straw donor to provide that money to those two

11   political organizations and that SuperPAC.  But this time,

12   they were going to layer much more than they had before to

13   make it even harder to trace back to the defendant.

14       So defendant Azano ended up sending money to one of

15   Marc Chase's companies.  South Beach Acquisitions.  And from

16   South Beach Acquisitions, Marc Chase broke the money up

17   three ways.  He sent $30,000 to another one of his companies

18   and then to the San Diego County Democratic Party so there

19   are three layers now between the defendant and that money.

20       The San Diego County Democratic Party got $30,000 that

21   is designated for Bob Filner.  He cut a check for $120,000,

22   a company check, to a SuperPAC supporting Bob Filner and he

23   cut a final $30,000 check to himself and then sent $30,000

24   from his own personal bank account to the D triple C, that

25   was designated for Juan Vargas, for his run for U.S.

1   Congress.

2       Who do you think got the honor of hand delivering the

3   biggest check, the $120,000 check to that SuperPAC?

4   Defendant Marco Polo Cortes.

5       Now after what we will prove was hundreds of thousands

6   of dollars in illegal campaign contributions, all

7   the defendant's work finally paid off and Filner was elected

8   mayor of San Diego.  And while the defendant had worked

9   extremely hard to hide all of these illegal transactions, he

10  was not shy about letting the public see his support for

11  Filner.  In fact, for Filner's inauguration, he arrived in

12  very conspicuously in a Rolls Royce attended by two security

13  guards, parking in a no parking zone on the grass and

14  walking up to the inauguration.  He was one of the first

15  people to shake Bob Filner's hand after he was inaugurated.

16  We're going to present pictures to you of him shaking his

17  hand.  It was all photographed and filmed.

18      A month before that inauguration, defendant Azano was

19  already trying to put the final touches on his Miami West

20  business plan.  He flew to London and middle eastern

21  developers flew up to London as well to meet with him and he

22  pitched this idea to them.  He told them we have got a new

23  mayor in San Diego.  Not like the old mayor.  We can work

24  with Bob Filner.  Miami West can be a reality.

25      He convinced the developers from the middle east,

 1    halfway around the world for a meeting with the San Diego

 2    mayor, Bob Filner.  Those middle eastern developers were so

 3    enthusiastic about the project, they were planning on

 4    opening a new office in Newport Beach to serve as their

 5    headquarters for what they predicted to be a billion dollar

 6    protects in San Diego for Miami West.  And they told

 7    defendant that they were going to have his son work out of

 8    the Newport Beach Office and he would be able to be a part

 9    of their enterprise.

10         A few days after Bob Filner was inaugurated.  He was

11    sitting in the defendant's Coronado Cays mansion listening

12    to that presentation on Miami West from those developers.

13    Now with Bob Filner installed as mayor of San Diego and

14    already briefed on the Miami West project, the defendant was

15    asked to again support Bonnie Dumanis.  This time for her

16    run for District Attorney, re-election for District

17    Attorney.  At that point, she could do nothing for his Miami

18    West project, but he decided to write a token $700 check to

19    her, to show his support.  He knew that the contribution

20    money at that point, had gone up from $500 to $700.

21         But the evidence will show that he decided not to go

22    through the effort of laundering that small payment.  In the

23    Dumanis campaign, almost credited it to his son.  They

24    ultimately found out it was from the defendant, a foreign

25    national, and they rejected the check.  But Bonnie Dumanis

28

1    was made aware of this defendant's continued support.

2         Unfortunately for the defendant, Bob Filner did not

3    last long in the mayor's office.  Due to his own troubles,

4    he had to re-sign months later.  And defendant, we will

5    prove, continued his search for another friend in the mayors

6    office.

7         Now ladies and gentlemen, defendant was not only

8    breaking the rules relating to the election laws.  He was

9    also breaking the rules related to firearms in the United

10   States.  Just as foreign nationals are prohibited to

11   contribute to United States elections, they're also

12   prohibited from legally possessing firearms.  Once again,

13   that did not stop the defendant from breaking the law.  He

14   obtained a nine millimeter semi-automatic handgun and he

15   kept it at his Coronado Cays mansion.

16        In fact, he bragged about it.  He bragged about it to

17   the Vice President of one of his companies saying that he

18   had gotten it from a Mexican general and that he was keeping

19   it at his Coronado mansion.  And he bragged about it to a

20   Real Estate Agent who helped him buy a 3 million dollar

21   condominium in Florida.  This time saying he got it

22   from Vicente Fox, the former President of Mexico and he's

23   keeping it at his Coronado mansion.  Regardless of how he

24   got the gun, the FBI found that very weapon when they went

25   to his home pursuant to a search warrant.  Pursuant to a

1    security protocol, they asked him whether he had any

2    weapons.  Defendant led them to his master bedroom to his

3    bedroom closet and said he had his gun, pointed out in a

4    unlocked gun case which they opened and found that nine

5    millimeter semi-automatic handgun with a laser site and a

6    loaded magazine.  The weapon he was not legally allowed to

7    possess as a foreign national.

8         Ladies and gentlemen, during this case, the United

9    States will prove that four short years ago, defendant Azano

10   tried to corrupt the electoral process and buy a man.  We

11   will prove that he made illegal campaign donations as a

12   foreign national, illegal campaign donations in someone

13   else's name.  He made sure the campaigns had his money, but

14   that they didn't mention his name in the course reports that

15   they had to publicly file.

16        And we will prove the defendant together with his

17   co-defendants secretly and illegally funneled almost

18   $600,000 in the San Diego elections.

19        It was an audacious plan and it almost worked.  All in

20   pursuit of a one billion-dollar Miami West payoff.  For

21   this, all the defendants are guilty.

22        THE COURT:  All right.  Thank you, counsel.  It

23   would be my intent to proceed on with defense openings now.

24   We doing okay, time-wise?  Okay.  Who wishes to speak first

25   on behalf of the defense?  Mr. Wynne.

```
 1                    Michael Wynne's Opening Statement

 2              MR. WYNNE:  I'll proceed.

 3         Excuse me.  I am not used to using one of these things

 4    here.  Maybe can you give me a hand.  I am not the best tech

 5    guy in the world, actually not at all.

 6         You know, a funny thing is like a fiction and try to

 7    get away from this business at night, as you might imagine,

 8    it's pretty intense.  I'm reading a fiction book now but

 9    right next to my Bible, the next book I am reading is King

10    Lear, and I am trying to get through it.  I read the clip

11    notes in my sophomore year in college and what you have just

12    been presented by Mr. Schopler makes a good story.  And in

13    the story, of course, there is no evidence.  No testimony.

14    No nothing.  He has time to work on it and all the dots are

15    connected.

16         Well, it's your job.  I mean, it's a compelling story

17    that this guy here is somehow linked to, for our disgrace,

18    mayor Bob Filner, trying to appeal to your emotions, sex

19    scandal.  Nobody would want to be linked to something like

20    that.

21         And using the media corporation, a Mexican national

22    was involved in a high-tech business has a firearm in his

23    closet, a closet he shares with his wife who is a United

24    States citizen.  His 22, 21 year old son at the time was

25    there at Coronado Cays.  His daughter, Paulina, who is now
```

1    ten, was six at the time in Coronado Cays.  So you get into

2    Tijuana from there.  You don't have to go all the way around

3    and down the express way, just go right there across

4    the bridge and in ten minutes, you are in Tijuana.

5         Mr. Azano was a successful businessman.  He's gone

6    more than three quarters of the year leaving his wife,

7    who is U.S. citizen, two children U.S. citizens, in the home

8    by themselves.  He's very concerned.  He's a tech guy.

9    The ones that zero bits and bytes.  Very concerned and

10   obsessed about security.

11        Yeah.  It will come out.  I am not from this

12   community.  I am here to help Mr. Azano try this case.  I

13   first met Mr. Azano a couple of months ago.  And listening

14   to his story, listening to this story without the dots

15   corrected, without any of the dots connected, Mr. Azano come

16   on up here.

17        I met this guy, welcome to my mansion.  Well, I don't

18   know.  All those houses look pretty much the same over

19   there.  In fact, I was running last night and I didn't have

20   my contacts and I got lost.  The wrong way to find the road

21   I wanted to take.  But he has a nice house.  I couldn't

22   afford it.  Neither could you, but it's not a mansion.

23        Look at this man right here.  They want to make him

24   the center of all these things that he was the master mind.

25             MR. SCHOPLER:  Your Honor, object to using

1    Mr. Azano as an exhibit in opening.

2              THE COURT:  Yes.  I think we're getting a little

3    beyond our point in opening statement.  Why don't we --

4              MR. WYNNE:  All right.  Take a seat.  Take a seat.

5              THE COURT:  Let' just preview the evidence.

6    Thanks.

7              MR. WYNNE:  What I am trying to point out is this

8    is a human being.  He's a human being.  He doesn't look

9    like me.  He doesn't look like any of you.  He's a Mexican

10   American of Japanese descent.  Okay.

11       Mr. Singh is a Sikh.  He doesn't look like you and me

12   either, okay?  At the end of the day, you may not like

13   Mr. Azano.  I'll tell you what, there is many days here I

14   don't like him.  But that's not my job.  He's not my friend.

15   He's not your friend.  He's not the first guy I want to get

16   a beer with.  At the end of the day, I am glad to get away

17   from him.  I was upset when he showed up in my room last

18   night with some ideas.  I want to get away from this guy.

19   He's intense.  He is a successful businesses man.  He's got

20   a little poppy nose.  Tough to look at him.  I don't like

21   him.

22       With this business and all, this sounds like a plot

23   out of a James Bond movie.  This guy coming in teaming up

24   with this disgraced Filner, using an Indian corporation, and

25   he here to gobble up your community, to gobble up your

33

1    politics, and to take away your coastline and your beach and

2    public access to all these things.  Essentially, this guy is

3    going to destroy the world and James Bond ain't here.  I

4    don't know if it was Jaws or Doctor No or one of these other

5    villains.  This is the bad guy and you guys have an

6    opportunity to lock him up before he takes your community.

7    It all sounds like some sinister thing.

8         But you know what?  Regardless of what Mr. Schopler

9    says, the burden is on the government.  All that sounds

10   really interesting in Law and Order, CSI, those TV shows,

11   the Burden of Proof, beyond a reasonable doubt, beyond a

12   reasonable doubt, beyond a reasonable doubt.  Applying it is

13   something else.

14        What is that?  That means, like it or not.  Like it or

15   not.  Even if you think it's probably so, even if this fits

16   the script of that movie you watched, that's not what we do.

17   But what is beyond a reasonable doubt?  It means that they

18   have connected, connected, connected, connected, all

19   the dots.  Connect the dots.  At the end of the day, we'll

20   look at it and ask if they actually did it.

21        The real story is here and what we're going to show is

22   that Mr. Azano was locked in a long legal battle with an

23   energy company, Sempra in connection with a very important

24   LG Company and it is not in California.  There was a series

25   of investigations.  And these individuals, including the

1   gentleman over here at the end sitting behind Mr. Halpern
2   and the FBI Agent here, Special Agent Van, who actually
3   conducted the search and was involved in practically every
4   interview of every one of these individuals tried to get
5   Mr. Azano on something.  Narcotics trafficking, bribery,
6   extortion, taxes, something, something for years.  They
7   invested tons of money, tons of resources, FBI agents, all
8   these wire taps, sending people in, scheme something,
9   something back to 2011, 2010.  You'll hear a lot of that.
10  They could not get anything to fill out this plot.
11       So we're left with this and it's not bad intentions.
12  It's not bad intentions but one thing I mentioned when I saw
13  you last, is that sometimes we look at every new thing to
14  try to find out the word that fits into a story that we
15  already have in our minds.  To reach a foregone conclusion.
16       How does this fit into a theory or an idea or subplot
17  a narrative that we have already created?  That narrative
18  puts Mr. Azano as this James Bond villain in the middle.
19  The evidence will show instead that what happened is that
20  Mr. Azano, God I hate the idea of someone being victimized,
21  but what you have is guys like Ernie Encinas, who was a vice
22  cop, who played on Mr. Azano's paranoia, fear, obsession
23  with security, to see a chance with the ADA, former ADA
24  Bonnie Dumanis who used to work on vice cases with him, to
25  ingratiate himself with Mr. Azano.  Same to a degree with

1    Marc Chase.  I got these plans.  I got these plans.  Come
2    and see come and see, come on invest and be a part of this.
3         Ernie had a security team.  When does a body guard
4    security team employed by Mr. Azano gradually, gradually,
5    ingratiated and got closer.  Same with Marc Chase.
6    Mr. Azano goes and buys a couple of luxury automobiles.
7    Comes in, a salesman approaches Mr. Azano, Marc Chase comes
8    down from his perch and latches on to him and he did latch
9    on to him and tried to get Mr. Azano to invest in his
10   business.  Finally, he did.  So Marc Chase, of course, had
11   to advise Mr. Azano what he's doing with the money.  Capital
12   money, a felony.  That will account for a lot of these
13   emails.  What you won't see, what you won't see is any email
14   or direct communication from Mr. Azano.  He had all these
15   people around him, all these people nearby trying to get
16   something, something from him.
17        Now at the end of the day what you will see, they sat
18   Mr. Encinas down and "they" I mean this agent here and her
19   compadre, this is Erin Fan, sat him down for seven hours and
20   said, listen, Mr. Encinas.  You can talk to us and you can
21   give us the story we want or else you, can you put
22   the picture of Ernie up?  Thank you, Ms. Hong.
23        They said if you, in this case, if you don't tell us
24   what we want, this case is going to be about you.  You are
25   going to be the center of it.  As the evidence unfolds, it

 1    will show that he was.  He was the center.  He is the one,
 2    the other stuff he told Marco Polo Cortez, Ms. Rosenfeld's
 3    client, "I got to go pick up Mr. A. at the airport.  Would
 4    you go pick up the check?"  This is the big prize donation.
 5    Give him an envelope.  The evidence is that Marco Polo
 6    Cortez as Ms. Rosenfeld said didn't solicit or ask for any
 7    money at any time.  Ernie said, "you go pick it up and bring
 8    it down."  Whatever check it was.  I guess it was, it could
 9    have been, I think it was company money.  Company money.
10    You go get it because I got to go to the airport.  It turns
11    out Mr. Azano was already in San Diego that day.  He wasn't
12    going to go get picked him up from the airport.
13         This guy Susu over here.  I don't know how to describe
14    him.  He looks pretty slick.  Anybody his age would like to
15    kind of go hang out at a night club.  What happened there,
16    he was already admitted at the University of San Diego.  He
17    had stellar grades.  Immediately before, you can check the
18    community college if you want to.  The one before that
19    transcript wasn't so good.  The problem was, it was Ernie
20    Encinas who was kind of watching over the young man, was
21    taking him out to these night clubs every single night
22    getting him hammered didn't do so well in school that
23    semester.
24         Ernie Encinas who was in the car with Susu.  Susu said,
25    "I need a couple, I need to get to know some U.S. folks.  I

1    want to major in political science.  I got a lot of Mexican

2    transcripts or possible folks who could recommend but I need

3    some one from the U.S.  And Ernie, of course, seized on

4    the opportunity.  Said, you know what?  I'll be able to help

5    you there.  I'll be able to help there.  The problem is he's

6    already admitted to USD.  He was already admitted before

7    this even came up.

8         But Ernie said, I need a favor from you.  I will tell

9    you what I need.  I need you to introduce me to some of your

10   friends.  Ernie already knew a lot of those friends.

11   Already knew them.  He was introduced mostly at night clubs.

12   Susu says, here is the introduction, he wants to talk about

13   some political.  He didn't even know what politics was.

14        Susu never talked about politics.  All right.

15   Introduction, susu is going to do his thing.  To the extent

16   any money was ever contributed, that's all going to be

17   focused on Ernie Encinas who is dead center in the middle of

18   this.

19        Now again, we're going to come back to the sort of

20   James Bond story that Mr. Schopler spun.  This guy here,

21   aside from being a human being who doesn't look like

22   the rest of us, is if anything else, a savvy businessman.

23   The evidence will show he's not a billionaire but he is

24   successful and you don't become successful by being an

25   absolute idiot.

1        Who is going to name, potentially a PAC after an

2   airplane tail number that is registered in their name?  It

3   doesn't take a lot to trace something like that back.

4        Why would a successful businessman who has this

5   proposed development plan, why would he get his wife never

6   involved in politics and son and some other kids who just

7   happen to hang out with his son, one of at least a couple of

8   them whom his son didn't even know, why would he get them to

9   contribute to a political campaign?

10       You know, if anything, Mr. Azano is a savvy

11  businessman.  He wants to be involved in something.  This

12  will be shown with the Mexican elections that he was

13  involved.  Every single one of his activities he was in.

14  Why would he do anything?  That doesn't make any sense.

15       Why?  Why would he jump on a bandwagon of Bonnie

16  Dumanis when she was losing by a long shot?  You know, they

17  have done a lot of things to try to appeal to your emotions

18  and it's unfortunate.  Calling, saying, calling the fine

19  citizens of San Diego "trailer park losers".

20       Calling him a billionaire.  Appealing to an Indian

21  community.  You know, I am not being, I am not politically

22  correct.  I am not harping on the politically correct

23  bandwagon.  Again, you can say whatever you want to say.

24  You don't have to like Mr. Azano.

25       You may have questions at the end of the day.  This

1    does not make any sense but I really feel this is a bad guy.

2    I feel it in my gut.  He's a bad guy.  And you may want me

3    to come up here and connect the dots and explain.  And it

4    sounds superficially correct, but we'll show, we'll reveal

5    that this sort of Miami West idea is a concept concocted by

6    the government to try to save an investigation in a

7    prosecution where they couldn't find anything else.

8        If this were a civil case, if this were a civil case, I

9    might have an obligation to come up here and show you and

10   prove to you everything and an explanation and you might

11   want that from me.  And you might want to hear our complete

12   side of the story.  We'll be here longer.  That will be my

13   obligation and my job.  But this is a criminal case.  A

14   criminal case.  The judge will decide that there are

15   serious, serious consequences.  I'll go home.  They'll go

16   home.  The Judge will go home.  You'll go home.  But

17   Mr. Azano and his son and his little daughter, and his

18   little daughter, the picture of us in front of his daughter.

19   I got a daughter at home she is eight months old, following

20   a tune.  They got to go home.  They got to live with it.

21   Someone can go to jail.  Anyone can go to jail.

22            MR. SCHOPLER:  Objection, Your Honor, this is

23    inappropriate opening statement.

24            THE COURT:  Yeah.  I think we're getting way

25    beyond the point of opening statement.  Let's not talk

1      about potential punishment or anything like that.  Now

2      let's just talk about what the evidence is going to be.

3          MR. WYNNE:  The evidence will not be enough to

4      connect the dots.  I am sorry.  You may have it in your gut

5      that somebody did something wrong because of what this guy

6      looks like.  Because of the narrative, it reads really,

7      really well.

8          But also keep in mind for all those reasons, we are

9      all human all the time, we need to defend from the U.S.

10     Attorney of California and the other U.S. Attorney's have

11     run on their own by this, they have to get someone guilty.

12     But it's their job.  Sorry.

13         We all want to make things connect.  We all want to

14     make things connect.  You know, we see what we want to see

15     to make it fit in, to make it fit in.  I didn't have to pull

16     him out.  That is not my job.

17         You don't have to like me.  You probably don't.  You

18     probably don't.  You don't have to like me.  A lot of people

19     don't.  I don't like him, this is my job.  This is my job.

20     Their job.  Their job.  Their job.  You may like them.

21     That's their job under this system is to connect the dots.

22         Now, let's get a better job.

23         THE COURT:  All right.  Thanks.  May we continue?

24     We doing okay?

25         MR. LIPMAN:  Can I have two or three minutes, we

1    have to move things.

2            MR. SCHOPLER:  No objection from the United

3    States, Your Honor.

4            MS. ROSENFELD:  And I would like just a few

5    minutes to step out.

6            THE COURT:  Well it's sounding like maybe we

7    should take a little break now.  What do you think?  I

8    don't want to have people running back and forth.  Why

9    don't we go ahead and take a break.  We have been at it for

10   an hour and a half.  Let's take a about 12 minutes or so.

11   Let's reconvene at 11:00 o'clock.  I guess maybe ten

12   minutes.  We will reconvene at 11:00 o'clock, okay?  Please

13   remember that admonition we talked about, about please

14   don't discuss the case with anybody or get any outside

15   information.  Thanks.  We will see you back here in ten

16   minutes.  You can congregate out front.  We will bring you

17   back in as a group.

18       We're off the record.  The jurors have departed.  See

19   you in ten minutes.

20                       (Recess taken)

21            THE COURT:  Okay.  We ready to bring our jurors

22   back in.

23       On the record?

24            MR. KINCHEN:  Sure.

25            THE COURT:  Let's go back on the record.  Well,

1    we're going to call the jurors in.  Sit or stand, whatever

2    you want to do.  We're back on the record now outside

3    the  hearing of the jury.

4           MR. KINCHEN:  Certainly.  John Kinchen, everybody

5    appears to be having too much fun for opening so I am going

6    to change my position and give a very short opening.  15

7    minutes tops?

8           THE COURT:  That's fine.  You want to go last?

9           MR. KINCHEN:  I'll go last.

10          THE COURT:  May we bring the jurors in now?  Okay.

11   Let's bring them in.

12                       (Jury present)

13          THE COURT:  All right.  Thanks.  Our record can

14   reflect all of our jurors are back.  All parties and

15   counsel are present along with all defendants.  Go ahead

16   and have a seat every one.

17      We are now ready for the next opening statement from

18   Mr. Lipman on behalf of his client, Mr. Singh.

19              **Michael Lipman's Opening Statement**

20          MR. LIPMAN:  Thank you, Your Honor.  Ladies and

21   gentlemen of the jury, as you may remember.  My name is

22   Michael Lipman and along with Karen Alexander, we are

23   the attorneys for Ravneet Singh, sitting next to

24   Ms. Alexander.  Also I want to let you know in the front

25   row over here is Ravneet Singh's brother Simar, who is an

1    attorney from Illinois, and his parents, Dr. Singh and his

2    mother.  Dr. Singh is a retired radiologist in the Chicago

3    area.  So we have all heard two different kinds of

4    openings.  So I am going to see if I can give you a third

5    one.

6        First, I want to only touch very briefly on a couple

7    things Mr. Wynne actually talked about.  First discuss, just

8    to remind you, it's the government's job to prove this case

9    beyond a reasonable doubt.  Mr. Singh sits there cloaked in

10   the presumption of innocence and it stays that way until and

11   unless and until they convince you beyond a reasonable doubt

12   that he's guilty of the crimes he's charged with and all

13   the elements of the crime he's charged with.  So that's

14   the first thing.

15       That's very important.  He has no burden whatsoever.

16   I am not going to sit quietly.  Ms. Alexander is not going

17   to sit quietly.  The government is going to call witness and

18   you are going to hear a story on direct examination from

19   those witnesses and when you hear that story.  You will go,

20   okay.  That's this side of the hand.

21       People usually hand pick references from one side of

22   the hand.  Now on cross examination, the other side, you

23   will say, okay, I see there is the back of the hand as well.

24   It's not just the government's position, there it's also

25   the defense response to the government on cross-examination

44

1   that I want you to listen to.  They'll introduce documents

2   and we'll introduce documents.  I think you will find that

3   you will have a case that is not quite as simple and clean

4   cut as Mr. Schopler presented to you.

5        All I ask of you is to listen to the government's

6   evidence, look at the government's documents, remember what

7   we said on cross and look at our documents that we introduce

8   into evidence and then judge.  Don't judge just on the first

9   evidence they have.  Wait until you get all of the evidence

10  in.

11       So I am going to apologize.  I've been doing this a

12  very long time.  It may not look like it but when I passed

13  my 70th birthday, I said I am not going to rely just on my

14  memory anymore.  I am going to stash a pad someplace close

15  so I can kind of hold on to.  I am not sure if there is

16  anybody past 70 in the jury, but those of you who might be,

17  you will note at times your memory is not quite as sharp as

18  it was at 30 or 40.  So I would ask for your forgiveness in

19  that regard.

20       What I want to do is I want to talk to you about who

21  Ravneet Singh is.  Mr. Wynne referred to him as an Indian.

22  He is not an Indian.  He's an American.  He's an American

23  born in Chicago, okay?  Of parents, a doctor and I believe a

24  mother who was trained as a doctor but who was a homemaker

25  instead, product one, there is a sister, and product two and

1   product three.  The family that came originally from India

2   with three children born in the United States.

3        Now as the Judge indicated to you, they're Sikhs.  As

4   he indicated to you, the Sikh religion is a very large

5   religion.  I think probably in certain areas of the country,

6   you are you familiar with the Sikh religion because there is

7   a greater percentage of Sikh practitioners living in that

8   area.  California is one of them.  If you go to the San Jose

9   area, there is a lots of Sikhs living in San Jose area as

10  well as all over the country.

11       So it's an independent religion.  It's not Christian,

12  it's not Muslim, it's not Jewish, it's not Buddhist.  It's

13  its own thing.  I want to make sure everybody is clear about

14  that.  That's why the turbans and the beards.  It's part of

15  their religion.

16       Okay.  Who is Ravneet Singh?  He grew up practicing as

17  a practicing Sikh.  You can see his dad, well into his

18  retirement is a practicing Sikh and so is Ravneet.  It

19  created problems for him when he first started school

20  because he actually enrolled in military school and the fact

21  he refused or he objected to having to take his turban off,

22  to get involved in the military school and the service was a

23  problem for him and he felt very strongly about it.  He's a

24  man of integrity.  And so he actually as a result of his

25  position, the Senator and Congressman from Illinois actually

46

1    put legislation before the Congress signed by Reagan to

2    allow --

3              MR. SCHOPLER:  Objection, Your Honor.

4              THE COURT:  Yeah.  Not that it's not of interest

5     but --

6              MR. LIPMAN:  There is going to be testimony about

7     it, Your Honor.

8              THE COURT:  -- it is a little beyond the issues in

9     the case.  I don't know how that's going to be relevant to

10    the issues in the case but if you say it's going to be

11    actually related to some actual evidence that has something

12    to do with the issues, then go ahead.  May be we should

13    kind of take it easy on that kind of stuff.

14             MR. LIPMAN:  And after he graduated from college

15    and got his masters degree, he was very involved in

16    politics.  He actually ran for office in Illinois.  He

17    didn't win but he ran for office and he became so involved

18     in the political scene that he started ElectionMall.

19        He was early on doing social media.  Mr. Schopler

20    actually described it reasonably well.  Doing social media

21    on line campaign ads, on line fund raising for candidates

22    all over the country and that's what ElectionMall did.

23        And ElectionMall grew from about 2000 and in addition

24    to doing work in the United States, ElectionMall also had a

25    large international business.  And so ElectionMall and

1    Mr. Singh did campaign working in Latin America, in Europe,

2    in Asia and it was always basically the same thing.  He did

3    social media and they were paid well for the work they did.

4    They did some work in the Ukraine and you will hear

5    testimony about that.  And in part, Mr. Schopler talked

6    about code words.  He is absolutely correct.  Mr. Singh used

7    code words to identify his clients and he did that way

8    before he ever meet Mr. Azano.  Mr. Singh did not meet

9    Mr. Azano until mid 2011, but the use of code words was

10   the norm in ElectionMall way before because it was sensitive

11   information in terms of who, when, why and what.

12        Let me see if I can kind of give you a little bit of a

13   who is who.  Okay?  So during the course of the case, you

14   are going to hear about a variety of different people in a

15   variety of different settings.  You are going to hear about

16   ElectionMall and E Solutions.  They're part and parcel the

17   same thing.  E Solutions is not an Indian company.  It's an

18   American company.  Okay?

19        It has people in India, not surprisingly, doing

20   computer work, okay?  But it does computer work for

21   ElectionMall.  It's not an Indian company.  It's an American

22   company.  You have Ravneet Singh is the founder.  His sister

23   Avenue is Sarina Singh.  You are not going to necessarily

24   hear testimony from all these people but you are going to

25   see documents and hear testimony tied to some of these

48

1    people.

2        You are going to hear a lot about a man named Aaron

3    Ronsheim.  Aaron Ronsheim was at ElectionMall for ten years

4    and he was the director of strategy, whatever.  He was

5    really the number two or number three guy in terms of

6    ElectionMall.

7        You are going to hear, I believe, from Jennifer Fulton

8    who was also at ElectionMall for a long time.  She was an

9    accountant type.  Do you remember when I was questioning you

10   yesterday, what I was concerned about is people holding

11   accountants to higher standard, you're going to hear that

12   the accounting at ElectionMall was less than sterling.  It

13   was less than sterling for a variety of different reasons.

14       You are going to hear that there were certain invoices

15   that were sent out to collect money historically.  Again,

16   way before Mr. Singh ever met Mr. Azano with the invoice

17   that didn't really describe what was actually done.  That

18   was done because some of the international campaigns did not

19   want people describing the work that was done and quite

20   frankly, a lot of the international campaigns were done for

21   people who did not want anybody in that particular country

22   for a variety of reasons to even understand who was funding

23   the work that Mr. Singh was doing.

24       And again, way before he even meets Mr. Azano.  So

25   sometimes with invoices, sometimes there were invoices that

1   were not really very descriptive and money was wired in from

2   a variety of sources to pay the money.  You are going to

3   hear from Maria Alejandra Aguilar, who I think will probably

4   be referred to as Ali and Miguel De La Vega Martinez and

5   Megan Sandler and Mr. Schopler alluded to the work that was

6   done from the campaign and the fact at the headquarters

7   downtown and in fact you are going to hear from both of

8   those people along with Ravneet Singh physically worked at

9   the headquarters.  Nothing hidden about that.

10      Mr. Azano's group.  You know.  You have already heard

11   about Mr. Azano and his son and you heard about Ernie

12   Encinas who is a retired San Diego cop who worked for

13   Mr. Azano in security.

14      You're going to hear about someone by the name of

15   Anthony Bufinsky.  Mr. Bufinsky worked for a company of

16   Mr. Azano's and what you're going to hear about Mr. Azano is

17   he had a home in Coronado.  Okay.  He had a home in Miami.

18   He has businesses in the United States.  He speaks perfect

19   English.  Okay?  We all live in San Diego county.  So you

20   say to yourself, okay, here is someone with Mexican heritage

21   living in Coronado.  So one of the questions is, what did

22   Mr. Singh know when he met Mr. Azano about Mr. Azano's

23   citizenship?  We don't know.  It's going to be interesting

24   to see if the government can demonstrate what they have to

25   demonstrate.  Which is that at the time that Mr. Singh was

1    even involved with Mr. Azano in these two campaigns, did
2    Mr. Singh know what Mr. Azano's immigration status was?
3    Because what it actually was and what other people know is
4    not relevant to Mr. Singh.  And remember, this was not
5    talked about yesterday.
6         We all deserve to be judged separately.  This is not
7    four people and one person is guilty, they are all guilty.
8    You have to look at each person, each charge.  So the
9    question becomes what did Mr. Singh know?  As far as
10   Mr. Singh, who lived in Washington, raised in Chicago,
11   living in Washington traveling around the country.  He meets
12   Mr. Azano.  By all appearances, he is living in Coronado.
13   He's been to his house.  He has businesses here.  You are
14   going to hear testimony that in March, although they met in
15   late 2011, there was a meeting in March of 2012 when
16   Mr. Bufinsky was present.
17        And the primary reason for Mr. Bufinsky, who was a
18   financial services guy who worked for Mr. Azano.  He had
19   started working for Mr. Azano, I think in March of 2011.
20   And you will hear, you know, I think you will hear from
21   Mr. Bufinsky maybe even this afternoon, that one thing that
22   he did for Mr. Azano was he looked at various financial
23   projects for Mr. Azano to decide whether or not they were
24   appropriate vehicles for Mr. Azano to invest in.  Excuse me.
25        And one of the things that Mr. Azano was looking to

 1   decide whether he wanted to invest in was in fact something

 2   called ElectionMall, Latin America.  What was that?  That

 3   was Mr. Singh's concept that since he had been doing so much

 4   work on elections in Latin America, Columbia, Venezuela

 5   eventually, Mexico, he was trying to see if there was way to

 6   open up a division in Latin America and he wanted Mr. Azano

 7   the consider investing.  So that's Anthony Bufinsky.

 8        You are going to hear about Cesar Cazarez, who worked

 9   for Mr. Azano and some one named Fabiana Rael who worked for

10   Mr. Azano.  Now you know, when we talked about the meetings

11   with Mr. Bufinsky, you are going to see documentation.

12   There was a discussion in this March meeting about whether

13   or not Mr. Azano would be interested in investing in

14   ElectionMall Latin America and on the sixth of March, the

15   next day, you are going to see emails from Mr. Bufinsky to

16   Mr. Singh that basically say, okay.  Here is the due

17   diligence packet.  I am giving you information.  I am going

18   to do due diligence.  And again, due diligence in that

19   context means somebody is going to consider investing in

20   something you and you are just going to check it out.

21   That's what the due diligence process is meant to be.

22        And in fact, that's what happened.  I'll tell you in

23   advance that you're going to hear that ultimately Mr. Azano

24   and Mr. Bufinsky decided not the invest in ElectionMall

25   Latin America, but rather to continue to hire Mr. Singh as

1   an independent consultant.

2        So there are other things that were discussed at that

3   meeting.  Mr. Bufinsky had to be told who is this Ravneet

4   Singh.  Okay?  Who is Ravneet Singh.  So Mr. Azano told Mr.

5   Bufinsky who Ravneet Singh was and what their relationship

6   had been.  What he was told was that starting in 2011,

7   shortly after they first met, that is Mr. Singh and

8   Mr. Azano, Mr. Azano hired Mr. Singh to go to Mexico city

9   and to do the social media and web page and social --

10  the stuff that my kids understand better than I do,

11  the tweets, the Facebook ads and everything else to try to

12  generate a candidate in the Mexican Presidential primary by

13  the name of Ernesto Cordero.  That's someone Mr. Azano was

14  supporting and you will hear testimony that Broadlink or

15  Mr. Azano's Mexican company paid ElectionMall hundreds and

16  hundreds of thousands of dollar to do the work in Mexico.

17       They set up what is called a war room, where they had

18  people working with computers and doing whatever it is they

19  do with social media to generate votes.  Okay?  That was

20  the first thing that Mr. Azano and Mr. Singh ever did

21  together.  It had nothing to do with Bonnie Dumanis or Bob

22  Filner.  It was before anybody even talked about doing

23  anything with Bonnie Dumanis.  It was during 2011 and led in

24  to 2012.  The Mexican election was told in 2012 that there

25  were additional things that had to be done on behalf of

1    Mr. Cordero and what he was doing in Mexico so that

2    continued.  There was a, I think the numbers are, this is a

3    little bit questionable in terms of how accurate it was, but

4    there is seven or $800,000 paid to Mr. Singh's company by

5    Mr. Azano's company for the work they did in Mexico.  Having

6    nothing to do with the U.S. elections.

7        Okay.  There was something else that they discussed at

8    that meeting in March.  What else they discussed was

9    Mr. Wynne alluded to it, referred to it briefly, Sempra.

10   There apparently was a huge dispute between Mr. Azano and

11   Sempra.  Remember Mr. Singh knew nothing about Mr. Azano

12   before he first met him.  He knew nothing about Sempra.

13   He's not a San Diego guy.  He's an east coast guy.

14   Although, I will tell you, you will see evidence that his

15   company actually did some work for Bob Filner's campaign.

16   They did Robo calls.  If anything is going to make you

17   dislike Mr. Singh is the fact he was involved in Robo calls

18   for any candidate.  I don't know about you but as far as I

19   am concerned, they should pull the plug on Robo calls but

20   you'll hear testimony that was what he did for Bob Filner.

21   And it was a minimal amount of work.

22        So you will also, you will hear one thing, another

23   thing that Mr. Azano wanted Mr. Singh to get involved with

24   in addition to all the work that was being done in Mexico

25   was he wanted help kind of fighting off or fighting with or

1    however it gets described, Sempra.  And we all know who

2    Sempra is, right?  Sempra is down the block.  It is

3    the holding company for SDG&E and then they formed a holding

4    company and they bought Southern Pacific Gas and they bought

5    it in LA and now they have now been expanded.  What it was

6    is Sempra wanted to build a LNG, liquified natural gas

7    facility down south of Ensenada.  The problem was that

8    Mr. Azano got involved in a dispute with Sempra.  There were

9    allegations that Sempra basically allegedly paid off Mexican

10   officials to obtain the property and the licenses and

11   permits done too quickly.

12        There was mud being flung everywhere and Mr. Singh had

13   nothing to do with it.  He only had to do with it when he

14   finally meets Mr. Azano and Mr. Azano says, can you help me

15   do social media stuff dealing with the Sempra issue?

16   Mr. Singh said yes.  That's the second or third thing.  The

17   first thing is Cordero campaign in Mexico which starts back

18   in the fall of 2011 and leads to early 2012.

19        The second thing is the investment in ElectionMall

20   Latin America that is discussed.

21        The third thing is Sempra.

22        What's the fourth thing?  The fourth thing is

23   Mr. Azano asks Mr. Singh and Bufinsky is there involved in

24   this from March of '12 all the way through the end of 2013.

25   Okay?  So Bufinsky, I believe will tell you that there was

```
 1    another project which had to do with Mr. Azano's security
 2    company.  When I say security, I am not talking about
 3    security.  Its a High-tech, again I am not sure I am
 4    the best one to explain it.  A high-tech monitoring
 5    something or another that he had and which he was involved
 6    with marketing all over the world.  And you are going to
 7    hear that Mr. Bufinsky was involved in dealing with Israeli
 8    companies, with Latin American countries, with Mexican
 9    countries all of which to kind of promote SDTI, S-D-T-I,
10    that's the company.  That's the fourth thing and in fact
11    Mr. Azano hires Mr. Singh to work on that as well.
12        So before we talk much about and it does overlaps a
13    bit.  So basically, we have hundreds of thousand of dollars
14    in which he paid to ElectionMall, to Mr. Singh for his work
15    on the Cordero campaign and guess what?  The Cordero
16    campaign, before anybody talked about Bonnie Dumanis, like
17    all the other international campaigns gets a voting name,
18    it's called "Kaliman".  I believe you will hear testimony
19    that Kaliman is a Sikh superhero.  You are going to hear
20    that other campaigns with the nickname Wonder Woman or
21    Ironman or whatever.  But the concept of Mr. Singh picking a
22    code name appear and there was one for Bonnie Dumanis.  I
23    think it is Betty Boo, the old cartoon, those of us that
24    remember the old cartoon, the name was Betty Boo and I think
25    Mr. Filner became Plastic Man.
```

1          So you are going to hear that there were -- Cordero,

2     hundreds of thousands of dollars.  SDTI, that got a nickname

3     the nickname, a code name.  If I say nickname, no.  No.  NO.

4     It is much more devious than a nickname, it's a code name.

5     So the nickname for STDI was the Castle project and the code

6     name for the Sempra project was Snake.  You will hear about

7     Kaliman, you will hear about Snake and you will hear about

8     Castle and you are going to see that Mr. Singh was paid by

9     Mr. Azano for all three.  And the total amount paid for all

10    three, I believe is going to exceed a million dollars.

11         So you have somebody who realizes Mr. Azano is a good

12    source of business, directly and indirectly because you're

13    going to see that in to 2013, okay?  After all the U.S.

14    campaigns are done, that's for the U.S. campaigns, after the

15    two San Diego campaigns involved here were done because the

16    June 12 primary and the November 12 general election.

17         You are going to see, sure Mr. Bufinsky comes back

18    with Mr. Azano and says, "we would like you to come to

19    Brazil.  We are going to make a presentation to a whole

20    bunch of military generals and admirals in Brazil on what

21    STDI can do.  At that point in 2013, Mr. Singh actually

22    flies down to Brazil with him, which I believe is the first

23    time he goes on an international trip with Mr. Azano.

24         So ElectionMall/Azano.  You heard a lot about stored

25    dollars, cars, million dollar cars, two million-dollar cars.

1    You are not going to hear any of that.  I would be shocked,

2    the first time I made that statement to a jury and it turned

3    out that I have to eat my words.  But I am going to be very

4    surprised if when the government is calling any of the

5    witnesses here, Symbolic Motors, Marc Chase or his brother

6    Bernie Chase or these -- I did not put on the board his son

7    and his friends, you're not going to hear anything about

8    Mr. Singh involved in any of that.  He wasn't involved in

9    the Airsam hundred thousand dollars PAC.

10        He wasn't involved in the Symbolic Motors money that

11   goes wherever it goes for whatever reason it goes.  He had

12   nothing to do with that.  He didn't know Marc Chase.  Mark

13   Chase didn't know him he.

14        He didn't know any of those people and those people

15   didn't know him.  He didn't know about whatever it is that

16   was going on, good, bad or indifferent, he had no knowledge

17   about any of it.  So when you get to Mr. Ravneet Singh, what

18   you have to decide is when he went to work for Bonnie

19   Dumanis and he did, he did do some limited work for Bonnie

20   Dumanis as a favor to Ernie Encinas and to some degree,

21   Mr. Azano.

22        Who is Ernie Encinas?  Ernie Encinas is a San Diego cop

23   who retired and became the head of a security forum, a

24   private investigator and provided security for people like

25   Mr. Azano.  Ernie Encinas saw an opportunity to make himself

1    a player, so to speak in quotes, "in San Diego politics."

2        I read all your questionnaires, most of you --

3    notwithstanding my New York accent, I've been here 40 years.

4    So most of us have been here a long time.  We know

5    the political scene.  We know who Bob Filner was.  We know

6    Bonnie Dumanis.  We know these people.  Ernie Encinas saw

7    Mr. Azano and his money as an opportunity to make himself a

8    player in San Diego local politics and the first person he

9    picked to make himself a player with is Bonnie Dumanis.

10       Okay?  Who at that point was the sitting DA who decided

11   to run for mayor.  Okay?  And he basically decided he was

12   going to backtrack.  It was an interesting choice.  I am not

13   sure how we do in politics.  I have known Bonnie Dumanis

14   since the mid '70s.  Bonnie Dumanis had, I think most people

15   would have told you, very little chance of getting to the

16   primary, either someone had to win it with 40 percent, if

17   not then the top two candidates would move on to the general

18   in November.  I think the consensus was pretty clear that

19   Bonnie didn't have much chance of getting to the top because

20   it was Filner, who was the only democratic running.  It was

21   Carl DeMaio, there was may Nathan Fletcher and Bonnie

22   Dumanis.  DeMaio, Fletcher and Dumanis.  If you remember

23   fletcher switched kind of almost at the end and became an

24   independent democrat, but what did Mr. Singh do for

25   the Dumanis campaign?

1       The Dumanis people thought he was there as a volunteer.

2  He was so insignificant they thought he was there as a

3  volunteer.  The government is going to prove and we'll

4  acknowledge that some of the people at ElectionMall actually

5  did do some work on the website.  How was he going to get

6  paid for the work he did on the website, which was minimal.

7  You will see proposals from ElectionMall, from Aaron

8  Ronsheim who prepared them to allow, ElectionMall to work on

9  the Dumanis campaign, the first proposal was paying a $1,000

10 a month, we'll work on the website.  The website was already

11 up and running.  So we'll fix things up and they said, we'll

12 work on it for a thousand dollar a month.  No.  Too much.

13 So they cut it to 495 a month, no, too much.

14      Another way ElectionMall makes money.  That is what

15 they did.  They make money on elections on a fee or if you

16 have ever made a mistake on the cookie, no matter what

17 you're looks at, they're going to pop up an ad for you.  If

18 you click on that ad and go to a candidate's web page, on

19 the web page, there's always a widget, I am not sure what

20 the proper term is, but if you click on that, it takes you

21 to the, okay, check here, a $5, $100, $50 or $5,000,

22 whatever the number is.  And the way that works is

23 ElectionMall would get money from that because first was the

24 card charges.  Most people do credit cards unless you have

25 Paypal and on top of that, with the campaign, ElectionMall

1    as part of the proposal takes a percentage, three percent

2    four percent.  So if you go on Bonnie Dumanis' web page,

3    which was set up in part by ElectionMall and you click on it

4    and want to a make a hundred dollar donation and you use

5    your American Express or Master Charge to do it, the first

6    thing that happens as you know there is the credit card is

7    going to take its percentage and ElectionMall will take its

8    percent as well, three to four or five percent.  And that's

9    the way they were going to make money on the Dumanis

10   campaign.  That was the proposal.  Something happened.  But

11   Dumanis said, no.  No.  I want to cut a deal with a

12   different company so you can do the website but I don't want

13   you to doing that.

14        What happens is you're going to hear from the Dumanis

15   campaign, you're going to hear that Ron Nehring, that was

16   involved in the Dumanis campaign, Ron Nehring at one point

17   was the chairman of the California Republican Party, and

18   he's one of the few people on the whole board who obviously

19   actually knew before the whole mess got started.  He knew

20   Miriam, I think he may have known Tierney, he new Clancy, he

21   new Wachob and he knew him from being in the industry.

22   These are all political consultant-types who go from

23   campaign to campaign and get paid money by the candidate to

24   run their campaign and get paid money by the vendors who

25   they bring into the campaign.  Okay?

1      And you will see that they keep recirculating.  Kelli

2  Maruccia, who you are going to hear from today, is a fund

3  raiser for the Dumanis campaign.  Well you know what?  She

4  also ends up as a fund raiser for the Filner campaign and

5  she also ends up down here with other people who openly run

6  and later on, after Filner withdraws or resigns because of

7  his groping problem.

8      So you know the Dumanis campaign people, Nehring says

9  to Ravneet, look, I know you are not getting paid here.

10  First do you know if there's a delay until after the

11  election in June, and he sends him emails.  Yeah, we'll do

12  it.  The money is minimal.  Nehring describes it as, "I

13  don't think they did more than a couple of thousand dollars

14  worth of work.  Okay?  Now the government is going to tell

15  you that Ravneet Singh got paid 75,000, a $100,000, a

16  $128,000 for the work on the campaign.  It is their burden

17  to prove that.  I don't think they're going to be able to do

18  that.

19      That money was for Cordero.  As payment, for payment on

20  someone simultaneous and the money they're talking about,

21  okay?  This is Cordero.  And there is an explanation I am

22  going to say on the invoice that Mr. Schopler will tell you.

23  You will hear about that later.

24      Okay?  So, Nehring, Tierney, Maruccia, they're all

25  going to talk about what did ElectionMall do on the Dumanis

1    campaign and you will hear from Ronsheim, who was doing most

2    of the work up here.  You are going to here from Ronsheim,

3    they didn't do very much.  They were busy with other

4    campaigns.  So it's certainly not hundreds and thousands

5    of dollars.  It's certainly not tens of thousands or of

6    dollars and it was done primarily in Washington or in India,

7    because again they would simply send the computer working to

8    India because salaries are lower than here.  There are

9    plenty of trained computer people in India and you have the

10   advantage of having a 24 hour operation because they're on

11   the other side of the world, different time zone.

12       Okay.  So what happens is, the next thing that happens

13   is okay, Filner.  Okay?  And Filner comes up now.  Remember,

14   the general election is I think back on November 6.  Now the

15   Filner campaign was running full board, months and months

16   before.  Because he had one in the primary in June and it

17   never stopped.  It just kept going because he was the leader

18   in June, and he was going to face DeMaio in November and it

19   was going to be a difficult election.  And they're running

20   like crazy and Ernie Encinas decides, well, I can introduce

21   my boss to the Filner campaign and I can be a player again.

22       He's running around with people whose names you will

23   recognize when you see the finance committees.  They're

24   prominent people in San Diego.  When you hear their

25   positions, you will recognize them.  That's what Ernie

1    Encinas wanted.  He is playing in the big time for himself.

2         So basically, at the Filner campaign, the government is

3    correct.  Mid October, Ravneet Singh, Miguel De La Vega and

4    Meghan Standefer, it's time that you heard, they met her at

5    a restaurant.  She was working as a restaurant waitress.

6    They met here and asked her, she was a political science

7    major or something.  They asked her if she wanted to come

8    work on the campaign.  She said sure.  They went to work and

9    did the campaign.

10        Now who is responsible for filing these reports?  Its

11   not Ravneet Singh.  Ravneet Singh is the vendor.

12   The responsible people to file the reports are the campaign.

13   You are going to see emails from Bonnie Dumanis directly to

14   us ElectionMall and Ravneet and Aaron Ronsheim.  She knew

15   that they were working on the campaign.  There wasn't any

16   question in her mind what was going on.  There wasn't any

17   question in Clancy's mind what was going on.  They weren't

18   hiding it.  This was not something surreptitious.  They were

19   sitting in the campaign offices.

20        Again, what is going on is Ravneet Singh is making a

21   decision.  Fine.  It's minimal amount of time, effort and

22   expense for me to go in and help them out, if it will keep

23   Encinas/ slash/ Azano happy.  And what happens is in October

24   of '12, right around the same time he does get another

25   contract or two to work on Castle and Snake.  He gets paid

1    more money.  That's the money the government is going to

2    tell you he was paid to work for Filner.  It was really

3    money paid to Castle and Snake, Sempra and SDTI.

4         Like I said, it turned out to be a good decision, maybe

5    not good decision because I don't think anybody would be

6    foolish enough to want to be here, but from a business point

7    of view at the time, it turned out to be an opportunity in

8    2013, he ended up with more work from Mr. Azano.

9    International.

10        So that's basically what you are going to hear.  Okay.

11   Let me share one other thing with you.  I have a timeline I

12   was going to use.  If I haven't already confused you the way

13   I drafted that, it will further confuse you.

14        So, this investigation was focused, the primary focus

15   of this entire investigation was Bob Filner.  Okay?  You're

16   going to hear through the course of this trial all sorts of

17   things that the government did to try and make a case on Bob

18   Filner.  Who, I believe, and it indicates it from what

19   happened, they believed was corrupt.  There was a lot of

20   stuff that had nothing to do with Mr. Azano that they

21   thought Filner was corrupt.  So they did an investigation on

22   Filner.  At some point, they confronted Ernie Encinas and

23   they say to Ernie Encinas, hey, you are either going to help

24   us or you are going to jail forever and you're going to be

25   the bad guy.  If you help us, it will all be focused on

1   Filner and Azano.

2        So one of the things they got Ernie Encinas would have

3   jumped off -- this building is not big enough, he would have

4   jumped off the new courthouse across the courtyard here if

5   the government had told him to do it.  So basically they

6   structured a sting to talk to Ravneet Singh and make another

7   proposal to Ravneet Singh, who I think at the time at the

8   proposal was made was either sitting in Turkey or India.  So

9   they get him on the phone, they basically said, hey.  We

10  have another deal for you just like the one you did for

11  Filner.  They say it's another foreign national.  I am not

12  sure what foreign national is.  The statute makes it clear.

13  But I would venture a guess that if I polled all of you

14  before we came into this courtroom and I asked you what's a

15  foreign national?  I bet you we would get a whole bunch of

16  answers.

17       Why did that do that?  They did that because they

18  knew they didn't have any evidence that Ravneet Singh knew

19  that Mr. Azano was ineligible under U.S. law to make any

20  political donations.  Okay?  So who can make a political

21  donation?  Okay.

22       Again, we all live here in San Diego.  Look at

23  mr. Azano, and his house is in Coronado and his business is

24  here, and his kid who goes to high school here and his wife

25  is a U.S. citizen and you say to yourself, well, I guess

1    what my options?  One, he is native born.  He's a U.S.

2    citizen.  Two, he's born in Mexico, come over here to live

3    and he's been naturalized and three, which is not unusual in

4    San Diego county, he's what?  A dual citizen.  He's got both

5    Mexican and U.S. citizenship and if that's the case, he's

6    eligible to make any of this stuff.  Four, he has got a

7    green card.  Okay?  He's not sneaking around, hiding in the

8    shadows in San Diego.

9        So the government decided we better get some more

10   evidence because we don't have enough to prove that Ravneet

11   Singh knew that Azano was not a U.S. citizen.

12       You will hear it but I think you will come to

13   the conclusion, as I did, that they can't prove it beyond a

14   reasonable doubt.  So I have taken more time than I think I

15   indicated to the Court I would take.  So I apologize.  His

16   honor frequently chastises me for saying it will be five

17   minutes that I need to talk and reminds me 15 or 20 minutes

18   later that I have exceeded my estimate.  So I apologize to

19   you.

20       But again, the only thing I ask is keep an open mind.

21   Listen to the government's case, and listen to the defense

22   case.  And when I say the defense case, I am not talking

23   about an affirmative case, I am not talking about an

24   affirmative case, what we do on cross-examination,

25   the evidence we put in and what people say in response to

67

1   our questions.  Okay?

2       And then think about it yourself and keep everybody

3   separate, at the end of the case I am going to ask you to

4   return a verdict of not guilty, because the government has

5   failed to prove their case beyond a reasonable doubt.

6       Thank you.

7           THE COURT:  Thanks there, Mr. Lipman.  For that 30

8    minute presentation.

9        Are we doing okay?  I'd like to hear from another one.

10  Are we okay?  Jurors doing okay.  All right.  Who is up

11  next, Ms. Rosenfeld?

12              **Nancy Rosenfeld's Opening Statement**

13          MS. ROSENFELD:  Thank you, Your Honor.

14      Good morning still, ladies and gentlemen.  As I

15  introduced myself to you yesterday, I am Nancy Rosenfeld and

16  I represent Marco Polo Cortes.

17      I am going to tell you about Marco.  Marco Polo Cortes

18  was born and raised in Chula Vista.  He has lived here his

19  entire life.  He is the youngest of 15 children.  A larger

20  family.  Some of his siblings will be in and out of the

21  courtroom during the trial.  Very big and support of the

22  family.  They are very different, many different

23  professions, some are in law enforcement, some are in

24  government, some are in real estate, but a large close

25  family.

68

1          Marco became interested in politics in the early
2     1990's when he worked for then City Councilman Juan Vargas
3     and it was because of that that drew his interest into
4     the local community.
5          In the year 2000, Mr. Cortes was an unsuccessful
6     candidate for the Chula Vista City Council, at that time
7     the population of Chula Vista was a 150,000.  Much different
8     than San Diego in the year 2011, 2012.  And he did not to
9     run for San Diego City Council.  He was not a politician and
10    he never attempted another run for office.  But he did have
11    an interest in local political activities as I said, because
12    of his previous job with Juan Vargas.  He was on various
13    community boards, a lot of volunteer boards, much of it in
14    the Chula Vista community.
15         Although very, most of the city races in San Diego are
16    non partisan, when there was a partisan election, Mr. Cortes
17    generally supported a democratic candidate.  He again, I am
18    old school.  I use notes.  I am probably between the two
19    generations of lawyers here and I need a little bit of help
20    so forgive me if I refer to my notes.
21         Because he had been in the community a long time and
22    he knew a lot of people, he was very active in business and
23    he found a job for himself that combined his interest in
24    community and politics.  He became a City Hall lobbyist, San
25    Diego City hall lobbyist, essentially, and he was also a

1   business consultant.

2        He calls his business Cortes Communications and they

3   do both, he is the business and he does both things.

4   Consulting and City Hall lobbying.  As a city hall lobbyist,

5   what he would do is he would work for his clients,

6   industries like the food truck industry and an ambulance

7   company, that was a client of his.  He had petty cabs, did

8   some business for them.  He also did some business for

9   the Greyhound bus line, that particular division of the

10  Greyhound bus line there is in the  south bay area.

11       What he would do as a council, lobbyist for City

12  Council is he would visit staff members of different council

13  members and advocate for his clients, educate them on the

14  issues they were interested in.  Reasonable regulations for

15  petty cabs.  For instance, they were usually asking for

16  permission to do certain activities or less restrictions for

17  certain activities.  An example would be American medical

18  response, an ambulance company and for them, he notified

19  the City that he would be lobbying for them for reasonable

20  regulations for ambulances and also to attempt to obtain

21  certain city contracts.

22       Another example would be border transportation council

23  which was a client of his and he would request assistance

24  with some illegal transportation providers at the border.

25  So his client was providing legal services through Greyhound

1   bus line and was trying to make sure his clients business

2   interest was protected.

3          As a City Hall lobbyist there are very strict rules

4   that have to be followed and there are disclosures forms and

5   registration forms that are filed with the city when a

6   lobbyist wants to contact a City Council member or staff

7   member about their client.  And Mr. Cortes was familiar with

8   those filings and he regularly filed with the Court

9   disclosure that were required.

10          He complied with the rules.  He made a couple of

11   mistakes.  He was late one or two times.  They wanted more

12   information, I believe it was, about a particular line he

13   filled out, but he always complied.  He always disclosed his

14   contacts.

15          He was also a business consultant and in that capacity

16   he would assist businesses in obtaining building permits,

17   certain licenses, he helped businesses obtain liquor

18   licenses would be ABC.  He would help them get permits for

19   construction or remodeling of the restaurant or business and

20   essentially his job then was to help people handle

21   the paperwork.  The paperwork that would comprise certain

22   regulations that the city has in order to do things.  To

23   make things easier, cut through the red tape if you were a

24   private citizen and if you didn't want to handle that type

25   of administrative work, Mr. Cortes would do that for you.

1   Those people were the type of people that he would do those

2   tasks.  And he worked through the regulations to help his

3   clients.

4        In the summer of 2010, Marco met Ernie Encinas.  That

5   was at a community event in Balboa park.  One of Marco's

6   brothers Ernie Escobedo, who was a sheriff's deputy knew

7   Mr. Encinas from their time at the San Diego Police

8   Department and they served as police officers during the

9   same time period.  At that event, he was introduced he

10  introduced Marco to Ernie Encinas.  Another of Mr. Cortes'

11  brothers, Cesar Cortes, worked for Mr. Azano in Mexico.

12       In the beginning of 2011, Cesar, the brother who

13  worked for Mr. Azano in Mexico, contacted Marco and let him

14  know Mr. Azano was looking for security detail.  Somebody to

15  help him with the security of his house.  Marco had recently

16  met Ernie Encinas, referred Ernie to his brother and then to

17  Mr. Azano.  So that was how the connection was made.

18       After the referral to Mr. Azano, Mr. Cortes and

19  Mr. Encinas realized they had some common interest.

20  Mr. Encinas, Ernie Encinas worked, did some security for

21  businesses and restaurants and bars and Marco had

22  the expertise to help them get liquor licenses and perform.

23  They found that together they had some common interest and

24  some common clients so they expanded on those types of

25  relationships.

1          For example, well I will just explain that, permits to

2     get the businesses opened even or file for the alcohol

3     license.  Before now, what seemed at the time like a good

4     likely fortune and a good business relationship obviously

5     turned out to be the worst thing that ever happened to Marco

6     Polo Cortes.  There will be several events described in this

7     trial.  Government is going to present certain scenarios,

8     things that happened, different meetings and whenever you

9     see Marco involved in that meeting, you are also going to

10     see a common thread which is going to be also Ernie Encinas

11     in that meeting.

12          And every event that the government presents to you

13     that they argue to you shows that Marco is the part of some

14     large conspiracy, there is another alternate explanation for

15     every single event, every single case of evidence they're

16     going to present to you.  And we're asking you to keep an

17     open mind and listen for all of the possibilities that could

18     point to something other than a conspiracy.

19          And again, a common thread you will see throughout all

20     these contacts is Ernie Encinas.  So I just told you about

21     what Marco did.  What type of work he did.  The people he

22     worked for.  The clients that he served.

23          And now I am going to tell you what Marco Polo Cortes

24     does not do.  He is not a lobbyist working in Congress in

25     Washington for, I was going to say for the gun industry, the

73

1   pharmaceutical industry.  That's not the type of lobbyist

2   Mr. Cortes is.  He is not the type of lobbyist that we think

3   of when we first hear the word "lobbyist".  He does simple

4   things, well complicated things for small businesses on a

5   city council level.

6        He has held a fundraisers in the past.  He's not a

7   fundraiser.  He's not a finance guy.  He doesn't participate

8   in finance committee meetings.  That's not his expertise.

9   He's interested in political races and candidates and makes

10  his small donations, when he can.  He's not a finance guy.

11       He is not a paid political operative by any stretch of

12  the imagination.  He does not plan loopholes for Coronado

13  residents to make contribution to the political races.  He

14  doesn't look for ways to hide money.  He's very open about

15  his business.  There is nothing hidden about what he does.

16       He doesn't cut corners or look for excuses.  When he

17  makes a mistake, he corrects it.  He discloses.  He is just

18  the opposite type of person that the government wants you to

19  believe he is.  Ernie Encinas, on the other hand, he's the

20  manipulator.  He looks to hide everything he does.  He works

21  hard to manipulate and to deceive and he works very hard to

22  get what he wants so that his interests are met.

23       The government's case against Marco Polo Cortes must

24  fail because Marco Polo Cortes is not guilty of conspiracy

25  or any of the crimes charged.  Thank you very much.

74

1            THE COURT:  Thanks, Ms. Rosenfeld.  Mr. Kinchen is

2     going to give opening, right?  On behalf of Mr. Hester.

3     Are we okay to have one more before we break for lunch?  It

4     looks like what?  Maybe 15 or 20 minutes or something?

5            All right.  Mr. Kinchen, you have the floor, sir.

6                    **John Kinchen's Opening Statement**

7            MR. KINCHEN:  Good morning.  My name is John

8     Kinchen and I represent the individual which you by now

9     know as Susu.

10           First, I'd like to say to Mr. Lipman there is no shame

11    in a notepad.

12           Susu is 24 years old and as you have heard by now, he

13    is the son of Mr. Azano.  He's lived in San Diego pretty

14    much his entire life.

15           I'm not going to cover all of the ground that's been

16    covered thus far.  We can all get to lunch pretty soon.  But

17    I do want to talk about a couple of evidentiary issues that

18    you are going to see time and again during this trial and

19    you're going to have to be considering it, not just with one

20    witness but with all the witnesses.  That's the credibility

21    of the witnesses.  Now why is that so important with Susu?

22           Well, I'll tell you why.  Being Mr. Azano's son, as

23    you might expect, comes with a lot of benefits.  No

24    question.  But as the evidence will show, in the context of

25    a costly intense aggressive, year after year after year of

1   investigation, where one of the primary targets is

2   Mr. Azano, being Mr. Azano's son turns out to be a very

3   dangerous position.

4        The evidence will show that the government has been

5   trying to break, crack Mr. Azano for years and years.  They

6   investigate him for years.  He doesn't break.  He does not

7   crack.  They investigate his business associates, he does

8   not break.  He doesn't crack.  They search his home,

9   government agents in your home searching it, he doesn't

10  crack.  Adding a gun charge.  He does not crack.  So now in

11  2016 for the first time --

12          MR. SCHOPLER:  Objection, Your Honor.

13          THE COURT:  I think that maybe is a little beyond

14   the opening statement.  So we don't want to get into

15   the pleadings and that part of it.

16          MR. KINCHEN:  Understood, Your Honor.

17        We have Susu in this case.  Mr. Azano still didn't

18  break.  But that's not what I am interested in telling you

19  for purposes of the evidence that you're going to hear.

20        I want to talk about the efforts that the government

21  took, you will see in going after Susu.  Listen to

22  the government witnesses.

23        One, what are their motivations?  Every time a

24  government witness stands up and starts pointing the finger

25  at Susu, what are their motivations?

1          Two, and perhaps even more important, are they coming

2    here and telling you the same thing with the same certainty

3    that they told the government when they first talked to

4    the government?

5          Every witness, ask that question as you hear

6    the testimony.  The evidence will say no.  But here is

7    the thing, this can become very scary sometimes.

8    The government doesn't get just one shot at a witness when

9    they are building a case, will ask the witness flashing

10   their badge and putting literally the fear of God in the

11   witness.  Asking do you know Susu?  No.  Did Susu give you

12   money to reimburse you for political contribution?  No.

13   Well, that's not really going to put Susu here in front next

14   to his dad.

15         The evidence will show that when they did not hear

16   what they wanted, they went back, bring a witness in front

17   of more dangerous.

18              MR. SCHOPLER:  Objection, Your Honor.

19              THE COURT:  Pardon me?

20              MR. SCHOPLER:  Object to this as well, Your Honor.

21              THE COURT:  Well overruled at this point.  Just

22   remember just to review, redirect, this is opening

23   statement.  We are reviewing the evidence only, right and

24   the evidence that we have a reasonable expectation will be

25   admitted.  We will try to stay with that.  Go ahead.

1           MR. KINCHEN:  And I certainly ask the jury to hold

2    me to the evidence that I am saying you will hear because I

3    know and expect you are going to hold the government to

4    the evidence that they told you, you were going to hear.  I

5    am going to touch on that in a second.  You are going to

6    hear as the evidences progresses with respect to Susu what

7    happens when the government puts its sights on you to be a

8    part of the case.

9           And in addition to witnesses, we have already seen

10   some documents.  Remember, those letters of recommendation

11   that the government plashed on the screen?  There were two

12   of them.  And I think the point was made and I am not going

13   to repeat it exactly, was that you got letters of

14   recommendation by these politicians about Susu.  You have

15   got, I think the word that was used, was spotty or mediocre

16   academic record and then you have got an acceptance to

17   the University of San Diego.  Boom.  Boom.  Boom.  Those are

18   the three dots, dots that were discussed.  Those are the

19   dots that the government has presented.

20          But wait.  There is going be more evidence in this

21   trial and you will see time and again, the dot, dot, dot,

22   presented by the government is not nearly as simple and

23   straightforward as that.  Those documents were flashed

24   pretty quickly on the screen and I believe, and I know this

25   jury will to confirm that they're dated September, late

1   September 2012.  Now here is a dot for you.  When was Susu

2   admitted to the University of San Diego?  That dot was not

3   shown to you by the government.

4        That is a dot that will be presented at trial and I'll

5   submit to you that that dot will show that Susu was admitted

6   to the University of San Diego in July of 2012.  That does

7   not quite match up the with the story, does it?  Makes no

8   sense.

9        What about the mediocre spotty academic record?

10  The evidence that was suggested will show that the letters

11  of recommendation were used to get past that mediocre record

12  for the University of San Diego to look past it and say, ah,

13  the letters of recommendation will get past the spotty

14  record.  But here is a dot for you.  What grades did the

15  University of San Diego review when they were making the

16  acceptance decision?  Wouldn't that be a dot that would be

17  of interest?  And you will see that dot.  That dot will show

18  you that the academic record of Susu, that the University of

19  San Diego reviewed was a sterling academic record.

20  The evidence will show that that record led to the July 2012

21  acceptance, well before the letters of recommendation.  This

22  is what happens when the government sets its sights, the

23  evidence will show, on someone like Susu.

24       The evidence will show that the government can only do

25  so much and this is my favorite part of being an attorney,

1   because the government -- and I also put myself in this

2   category.  We don't decide the facts.  We don't get to.

3   The government can get Susu here today in front of you.

4   That's it.  At this point, you get to see all the dots.  Not

5   just the government dots, all the dots.

6        And that's truly why I slept well last night and

7   throughout this trial.  I am not going to spin a tail to

8   allow you to say, focus here in my eloquent language over

9   here and disregard that.  That's not what I do.  That's not

10  what we're going to do in this case.  We're not going to

11  say, look at these letters of recommendation.  Don't worry

12  about acceptance dates.  That's not what we're going do.

13       What we're going to do is to put everything in front of

14  you, that's how confident we are in the jury system.  That's

15  how confident we are that you will see at the end of the day

16  that Susu should not even be here.

17       I thank you for your time and I hope you enjoy your

18  lunch.  Thanks.

19            THE COURT:  I think we have now heard from

20   everybody.  It is time to go take our noon break which

21   we're a little bit late.  Let's take an hour and 15 minutes

22   or so.  Let's reconvene at 1:30.  Give you an extra 15

23   minutes.  Have a nice lunch.  See you back at 1:30.  Please

24   remember the admonition we are talking about.  Very

25   important.  Don't talk to anybody about the case.  Thanks.

1    See you back here at 1:30.

2                     C-E-R-T-I-F-I-C-A-T-E

3        I, Elizabeth M. Cesena, CSR 12266, an Official
     Reporter of the United States District Court do hereby certify
4    that I reported the proceedings to the best of my ability and
     that the foregoing transcript is a full, true and correct
5    transcript of proceedings held on July 27, 2016.
            San Diego, California, dated July 30, 2016.

6

7                     /s/ Elizabeth Cesena

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25